IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

UNITED STATES OF AMERICA f/u/b
HUNGERFORD BROTHERS
EXCAVATING, INC.

and

HUNGERFORD BROTHERS
EXCAVATING, INC.
(a Maryland Corporation)
17515 Black Rock Road
Germantown, Maryland 20874,

  *Plaintiffs,*

vs.            Civil Action No: _____

MELTECH CORPORATION, INC.
(A Maryland Corporation)
3321-G 75th Avenue
Landover, Maryland 20785
<u>SERVE</u>:  Cheryl Evans, Registered Agent
   515 Irving Street, NW
   Washington, DC  20009

and

O'LEARY ASPHALT, INC.
(A Delaware Corporation)
11 Park Avenue
Gaithersburg, Maryland 20877
<u>SERVE</u>: CT Corporation System
   Registered Agent
   1015 15th Street, NW, Suite 1000
   Washington, D.C. 20005

and

-1-

| | |
|---|---|
| **LIBERTY MUTUAL**<br>**INSURANCE COMPANY**<br>**(A Massachusetts Corporation)**<br>**175 Berkley Street**<br>**Boston, Massachusetts 21117**<br>**SERVE**: **CT Corporation System**<br>       **Registered Agent**<br>       **1015 15th Street, NW, Suite 1000**<br>       **Washington, D.C. 20005**<br><br>      *Defendants.* | |

## COMPLAINT

Plaintiffs, United States of America f/u/b Hungerford Brothers Excavating, Inc. and Hungerford Brothers Excavating, Inc. ("Hungerford Bros."), by counsel, hereby sues Defendants, O'Leary Asphalt, Inc. ("O'Leary"), Meltech Corporation, Inc. ("Meltech") and Liberty Mutual Insurance Company ("Liberty"), and for cause states as follows:

## JURISDICTIONAL STATEMENT

1.      Jurisdiction of this matter is conferred by 40 U.S.C. Section 270a and 270b (the "Miller Act") as hereinafter more fully appears and venue in this Court is proper as the cause of this action and the projects upon which the work was performed are located in Washington, D.C.

## FACTS APPLICABLE TO ALL COUNTS

2.      Hungerford Bros. is a Maryland corporation with its principal place of business located in Germantown, Maryland. Hungerford Bros. is engaged in the business of excavation construction contracting.

3.      O'Leary is a Delaware Corporation with a principal place of business in Gaithersburg, Maryland and is engaged in the business of construction contracting.

-2-

4. Meltech is Maryland corporation with a principal place of business in Landover, Maryland and is engaged in the business of construction contracting.

5. Liberty is a Massachusetts corporation with a principal place of business in Boston, Massachusetts, and is in the business of construction surety bonding.

6. The United States of America, acting by and through the United States Army Corps. of Engineers and Meltech, entered into an agreement on February 8, 2005, whereby Meltech was to perform certain work pursuant to contract No. W921DR-05-C-0011 for the construction of South West Waterfront Parking Improvements, Washington Marina (the "Project"), located in Washington, D.C. Meltech subsequently subcontracted a portion of its work to O'Leary.

7. By a sub-subcontract agreement with O'Leary, Hungerford Bros. agreed to perform certain excavating work on the Project for a contract price of $102,200.00. A copy of the Sub-subcontract is attached hereto as Exhibit 1 and incorporated by reference herein.

8. At the direction of O'Leary, Hungerford Bros. commenced performance of the work under the Sub-subcontract.

9. During the Project, O'Leary requested additional work from Hungerford Bros. in the amount of $42,376.00.

10. At the direction of O'Leary, Hungerford Bros. commenced performance of the work under the Sub-subcontract. Hungerford Bros. complied with each and every requirement of the Sub-subcontract between Hungerford Bros. and O'Leary except where same may have been waived, excused, or prevented by O'Leary. The work is complete and has been accepted by the U.S. Army Corps. of Engineers.

11. O'Leary has failed and refused to pay Hungerford Bros. in accordance with the

Sub-subcontract agreement despite demand for payment, and there is presently due and owing from O'Leary to Hungerford Bros. the amount of $56,076.00. A copy of Hungerford Bros.'s unpaid invoices, which include descriptions of the additional work, is attached hereto as Exhibit 2 and incorporated by reference herein.

**COUNT I**
**BREACH OF CONTRACT**
**(O'Leary Only)**

12.     Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 11 above as if fully set forth herein.

13.     Despite Hungerford Bros.' demand for payment, O'Leary has failed and refused to pay Hungerford Bros. for its work performed on the projects thereby materially breaching the Sub-subcontract.

14.     As a result of this breach, there is presently due to Hungerford Bros. for its work on the projects the amount of $56,076.00.

WHEREFORE, Plaintiff, Hungerford Brothers Excavating, Inc., hereby requests that this Honorable Court enter judgment in its favor and against Defendant, O'Leary Asphalt, Inc., in the amount of $56,076.00 plus interest, and costs of this action.

**COUNT II**
**BOND CLAIM**
**(Meltech and Liberty)**

15.     Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 14 above as if fully set forth herein.

16.     As a condition of its contract with the U.S. Army Corps. of Engineers and pursuant to the Miller Act, Meltech posted a labor and material payment bond, bond No. 017-007-644 (the "Bond"), to guarantee payment to subcontractors and suppliers on the Project. A

copy of the Bond is attached hereto as Exhibit 3 and incorporated by reference herein.

17. Pursuant to the Bond, Meltech as principal and Liberty as surety bound themselves jointly and severally in the amount of $998,000.00 conditioned that if the principal should promptly make payment to all claimants providing labor and material in the prosecution of the work provided for in the performance of the prime contract and any subsequent modifications thereof, notice of which modifications to the surety being waived, then the obligation would be void; otherwise the bond was to remain in full force and effect.

18. The work and materials invoiced as shown on Sub-subcontract and invoices, attached hereto as Exhibit 1 and 2, were used and consumed in the prosecution of the work of Hungerford Bros. on the Project. The date that Hungerford Bros. last furnished labor and/or material to the project was May 13, 2005.

19. Hungerford Bros. is a proper claimant under the Bond as it has properly given notice to Meltech and Liberty within ninety (90) days of the date the Hungerford Bros. performed the last of the labor or furnished or supplied the last of the material for which Hungerford Bros.' claim is made and has fulfilled all other conditions precedent required to make a claim under the Bond. A copy of the notice to Meltech is attached hereto as Exhibit 4 and hereby incorporated by reference herein. A copy of the notice to Liberty is attached hereto as Exhibit 5 and hereby incorporated by reference herein.

20. This action has been brought after a period of 90 days from the last furnishing of labor and material by Hungerford Bros. and within one (1) year from the time the labor and material were provided by Hungerford Bros.

WHEREFORE, the United States of America for the use and benefit of Hungerford Brothers Excavating, Inc., hereby requests that this Honorable Court enter judgment in its favor and against Defendants, Meltech Corporation, Inc. and Liberty Mutual Insurance Company, or in the alternative Plaintiff, Hungerford Brothers Excavating, Inc., in its own right, requests that this Honorable Court enter judgment in its favor and against Meltech Corporation, Inc. and Liberty Mutual Insurance Company, jointly and severally, all in the amount of $56,076.00 plus interest, and costs of this action.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By: _____
Donald H. Spence, Jr., Esq.,
D.C. Bar No. 382567
Michael P. Marchetti, Esq.,
D.C. Bar No.473717
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2407
301-610-0010
301-610-0021 fax

Attorneys for Hungerford Brothers Excavating, Inc.