**O'LEARY ASPHALT INC.**
**ORDER TO COMMENCE WORK**
**TERMS AND CONDITIONS**

O'Leary Asphalt Inc. shall be know as "Contractor"

Hungerford Brothers Excavating Inc. shall be known as "Sub-Contractor"

The Project name shall be Washington Marina West Parking Lot

The Prime Contractor shall be Meltech Corp., Inc.
        3321 75th Avenue, Suite G
        Landover, Maryland 20785-1519

Agreement between Contractor and Sub-Contractor this _9th_ day of March, 2005 for the work attached hereto as Schedule "A", "Scope of Work".

Sub-Contractor agrees to perform the work as described in the Scope of Work for the total price, Contract Price, indicated in the Scope of Work.

1. Contractor, and Sub-Contractor, or its agents, or assigns agrees that these Terms and Conditions are incorporated into an agreement between Contactor and Sub-Contractor. These Terms and Conditions, the plans and specifications are intended to supplement each other.

2. Additions, deviations and or deletions from the Scope of Work, due to any reason, resulting in a price change will be computed on the basis of the Contract Price.

3. Sub-Contractor will be notified in writing within twenty four (24) hours of the cause of a back charge, and will be given 48 hours to take corrective action. If no corrective action is taken by Sub-Contractor within the above mentioned 48 hours the Contractor may proceed to correct such work and charge the Sub-Contractor.

4. Sub-Contractor understands that the Scope of Work is subject to a schedule and as such Sub-Contractor agrees to adhere to such schedule, although Sub-Contractor shall not be responsible to Contractor for damages or delays due to strikes, fires accidents, material delivery delays, labor shortages or other causes beyond its reasonable control.

5. Payment by Contractor to Sub-Contractor for **completed** work performed by Sub-Contractor shall be made with 30 days following Contractors receipt of Sub-Contractor invoice and approval of such completed work by Contractor. Contractor shall withhold a 10% ~~retention~~ from each invoice paid to Sub-Contractor. All retention withheld by Contractor shall be paid to Sub-Contractor within 60 days following

completion of the Project by the Contractor.

6. Sub-Contractor agrees to provide sufficient risk insurance to protect Contractor, Prime Contractor in the following amounts:

| | |
|---|---|
| Automobile Insurance | $1,000,000.00 Combined Single Coverage |
| Workers' Compensation Insurance | $100,000.00 Per Statute, Employer's Liability |
| Commercial General Liability coverage To include the following coverages: Liability, Operations, Completed Operations & Products, Broad Form Property Damage, Independent Contractors, Personal Injury, X.C.U. and other standard CGL coverages Without amendment | $1,000,000 Occurrence $1,000,000 Aggregate Limits must apply "Per Project" |

7. Indemnification: To the fullest extend permitted by law, Subcontractor shall indemnify and hold harmless Prime Contractor, Owner, and Contractor from all damages, losses, or expenses, including attorney fees from any claims or damages for bodily injury, sickness, disease or death, or from claims for damages to tangible property, other than the work itself. This indemnification shall extend to claims resulting from performance of this Subcontract and shall apply only to the extent that the claim or loss is caused in part or whole by any negligent act or omission of Subcontractor or any of its agents, employee(s) or Subcontractors. This indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified.

8. Warranties: Subcontractor warrants its work against all deficiencies and defects in materials and/or workmanship and agrees to satisfy same without cost to the Owner or Contractor for a period of one (1) year from the date of substantial completion of the Project

9. This agreement shall be governed by the laws of the State of Maryland.

Agreed to

_____  _____ 7-9-05
Hungerford Brothers Excavating, Inc.   O'Leary Asphalt, Inc.
                                        Vice President

# SCHEDULE "A"
## SCOPE OF WORK
### Washington Marina West Parking Lot

CONSTRUCTION ENTRANCE:                                          $9,500.00
   Remove asphalt, curb and gutter, haul debris off site.
   Install and remove wash rack.
   Furnish and supply all necessary labor, material,
   equipment.

DEMOLITION and GRADING:                                         $45,000.00
   Remove and haul off site existing asphalt parking lot,
   sidewalk, curb and gutter, and any excess debris
   pertaining to existing lot. Sub Contractor to pay all
   dump fees. Furnish and supply all necessary labor,
   material, equipment.

STORM WATER MANAGEMENT and STORM DRAINS:         $53,000.00
   Surface sand filter # 1 and # 2
   Furnish and supply all necessary labor, material, equipment.
   Note: ~~Structures to be Furnished by O'Leary Asphalt~~

Sub-Contractor shall be responsible for all on site paper work, safety,
quality, schedule, change orders, taxes, permits and all fees relating to
this work.

The above shall be constructed in accordance with the plans and
specifications for the Southwest Parking Improvements dated
November 8, 2004. Subject to Davis Bacon Act Wages.
For the total price of                                                    ~~$110,500.00~~

*[handwritten annotations:]*
$4,700.00
(3,300.00) (m.H)
For Structure 2 (m.H)

107,200 (m.H)
Credit for Bio Filter  − 5,000.00
(New) Contract Amt   $102,200.00

Agreed to:

_____          _____  3-9-05
Hungerford Brothers Excavating, Inc.     O'Leary Asphalt, Inc.

O'Leary responsible is for the Stone etc.
Please attach Change order.