**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-7 |
|---|---|
| INVOICE D... | 4/15/2005 |
| P.O. NO. | |
| DUE DATE | 4/30/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD 20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| TERMS |
|---|
| Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR BIO FILTER #1 & #2 | 24,000.00T |
|  | -10,300.00T |
|  |  |
| AS PER CONTRACT KEVIN OLEARY<br>Out-of-state sale, exempt from sales tax | 0.00 |

**Total** $13,700.00

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-3 |
|---|---|
| INVOICE D... | 3/30/2005 |
| P.O. NO. | |
| DUE DATE | 3/30/2005 |

**BILL TO**

O'LEARY ASHALT, INC.
11 PARK AVENUE
GAITHERSBURG, MD  20877
PROJECT WASHINGTON MARINA
WEST PARKING LOT, DC

**TERMS**

| DESCRIPTION | AMOUNT |
|---|---|
| CHANGE ORDER ON MARCH 21, 2005 HUNGERFORD BROS. EXPOSED CONCRETE C-WALL AND EXCAVATED IN FRONT & BACK SO THAT O'LEARY/OWNER COULD LIKE AT TO SEE IF THIS WAS GOING TO BE A PROBLEM. | |
| 1-TRACKHOE @ $160.00 | 1,280.00T |
| 1-LABOR @ $45.00 | 360.00T |
| AS PER AGREEMENT CHUCK W/ O'LEARY ASPHALT | |
| Out-of-state sale, exempt from sales tax | 0.00 |

**Total**    $1,640.00

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-4 |
|---|---|
| INVOICE D... | 3/30/2005 |
| P.O. NO. | |
| DUE DATE | 3/30/2005 |

**BILL TO**

O'LEARY ASHALT, INC.
11 PARK AVENUE
GAITHERSBURG, MD 20877
PROJECT WASHINGTON MARINA
WEST PARKING LOT, DC

**TERMS**

| DESCRIPTION | AMOUNT |
|---|---|
| CHANGE ORDER FOR ON MARCH 28, 2005 HUNGERFORD BROS CLEANING OUT MUDD OUT OF HOLE & FILLING HOLE WITH (RC2). 1-TRACKHOE @ $160.00 | 640.00T |
| AS PER AGREEMENT CHUCK W/O'LEARY ASPHALT | |
| Out-of-state sale, exempt from sales tax | 0.00 |

**Total** $640.00

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-5 |
|---|---|
| INVOICE D... | 3/30/2005 |
| P.O. NO. | |
| DUE DATE | 3/30/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD 20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| TERMS |
|---|
| |

| DESCRIPTION | AMOUNT |
|---|---|
| CHANGE ORDER ON MARCH 28, 2005 HUNGERFORD BROS. EXCAVATED & PROBED AROUND CONCRETE SLAB AT 36" RCP PIPE.<br>1-TRACKHOE @ $160.00 | 640.00T |
| AS PER AGREEMENT CHUCK W/O'LEARY ASPHALT<br>Out-of-state sale, exempt from sales tax | 0.00 |

**Total** $640.00

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros, Inc.**
17515 Black Rock Rd.
Germantown, MD 20874
(301) 972-1083 : Phone
(301) 972-2055 : Fax

| INVOICE # | 0100-003 |
|---|---|
| INVOICE D... | 4/6/2005 |
| P.O. NO. | |
| DUE DATE | 4/21/2005 |

**BILL TO**

O'LEARY ASHALT, INC.
11 PARK AVENUE
GAITHERSBURG, MD 20877
PROJECT WASHINGTON MARINA
WEST PARKING LOT, DC

| TERMS |
|---|
| Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR 4/5/05 - 20 LOADS HAULED OUT OF UNSUITABLE SOILS & HAULED TO DUMP @ $400.00 PER LOAD | 8,000.00T |
| AS PER AGREEMENT CHUCK/BRUCE W/O'LEARY  Out-of-state sale, exempt from sales tax | 0.00 |

**Total** $8,000.00

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-005 |
|---|---|
| INVOICE D... | 4/6/2005 |
| P.O. NO. | |
| DUE DATE | 4/21/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD 20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| | TERMS |
|---|---|
| | Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR HAULING UNSUITABLE SOILS OFF SITE TO DUMP SITE AT THE WASHINGTON MARINA WEST PARKING LOT WASHINGTON DC 4/6/05 (CHANGE ORDER)<br>17-LOADS @ $400.00 | 6,800.00T |
| AS PER CONTRACT AGREEMENT BRUCE W/OLEARY<br>Out-of-state sale, exempt from sales tax | 0.00 |

| **Total** | **$6,800.00** |
|---|---|

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of Invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-6 |
|---|---|
| INVOICE D... | 4/15/2005 |
| P.O. NO. | |
| DUE DATE | 4/30/2005 |

**BILL TO**

O'LEARY ASHALT, INC.
11 PARK AVENUE
GAITHERSBURG, MD  20877
PROJECT WASHINGTON MARINA
WEST PARKING LOT, DC

| TERMS |
|---|
| Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR HAULING LOADS OF UNSUITABLE SOILS TO DUMP SITE | 0.00T |
| ON PROJECT WASHINGTON MARINA | 0.00T |
| 4/7/05 - 12 LOADS HAULED @ $400.00 PER LOAD | 4,800.00T |
| 4/8/05 -  4 LOADS HAULED @ $400.00 PER LOAD | 1,600.00T |
| 4/9/05 -  6 LOADS HAULED @ $400.00 PER LOAD | 2,400.00T |
| 4/11/05 - 20 LOADS HAULED @ $400.00 PER LOAD | 8,000.00T |
| 4/12/05 -  7 LOADS HAULED @ $400.00 PER LOAD | 2,800.00T |
| | |
| AS PER AGREEMENT KEVIN O'LEARY | |
| Out-of-state sale, exempt from sales tax | 0.00 |

**Total** $19,600.00

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-8 |
|---|---|
| INVOICE D... | 5/12/2005 |
| P.O. NO. | |
| DUE DATE | 5/27/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD 20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| TERMS |
|---|
| Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR PICKING UP STRUCTURE 48" MANHOLE W/ FRAME & COVER ON 4/4/05 FROM AMERICAST AND DELIVERING TO WASHINGTON MARINA PROJECT. FURNISH & INSTALL TO EXISTING STRU #1 AND BACKFILL. | 3,400.00T |
| 4-LOADS OF #6 STONE THAT WAS USED FOR BACKFILL AROUND THE NEW MANHOLE AT THE 36" RCP CONNECTIONS. @ $414.00 PER LOAD | 1,656.00T |
| | 0.00T |
| AS PER AGREEMENT KEVIN W/O'LEARY ASPHALT | 0.00T |
| | 0.00T |
| Out-of-state sale, exempt from sales tax | 0.00 |

**Total** $5,056.00

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.