LAW OFFICES

# GREENBURG, SPENCE & TAYLOR, L.L.C.

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

TELEPHONE
301-610-0010

OF COUNSEL
STEVEN M. WEISBAUM

August 11, 2005

FACSIMILE
301-610-0021

*VIA HAND DELIVERY AND TELECOPY 301-773-4242*
Steve Krishack, General Operations Manager
Meltech Corporation, Inc.
3321 75th Avenue, Suite G
Landover, Maryland 20785

| | |
|---|---|
| *Re:* | ***Washington Marina, West Parking Lot*** |
| *Principal:* | ***Meltech Corporation, Inc.*** |
| *Bond No.:* | ***017-007-644*** |

Dear Mr. Krishack:

As you know, this office represents Hungerford Brothers Excavating, Inc., a subcontractor to O'Leary Asphalt, Inc. for the above referenced project. Hungerford Bros. is presently owed the amount of $56,076.00 for excavation work it performed on the project. Copies of Hungerford Bros.' invoices for the project are enclosed.

On behalf of Hungerford Bros., I am hereby giving you notice of Hungerford Bros.' intention to look to the above referenced payment bond for payment. Please feel free to contact me if you have any questions regarding this matter.

Very truly yours,

Michael P. Marchetti

MPM/bts
enclosures
cc: Hungerford Brothers Excavating, Inc. (via telecopy)

## PROOF OF SERVICE

The undersigned hereby certifies that he/she personally delivered a copy of a letter

dated August 11, 2005 and enclosures as stated to Steve Krishack, General Operations

Manager, Meltech Corporation, Inc. at 3321 75th Avenue, Suite G, Landover, Maryland 20785

by leaving a copy of the letter with  Danielle Lindstrom , at the above

address on August 11, 2005 at 4:33 p.m. o'clock p.m.

The undersigned further certifies that he is over eighteen (18) years of age and is not a

party to this action.

I do solemnly declare and affirm under the penalties of perjury that the contents of the

foregoing are true and correct to the best of my knowledge, information and belief.

_____
Signature

_____
8-11-05

M OSTAFA · PATALA
Print Name/Address/Phone #

Please Return To:
Michael P. Marchetti, Esq.
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850


RECEIVED
AUG 1 2 2005

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-7 |
|---|---|
| INVOICE D... | 4/15/2005 |
| P.O. NO. | |
| DUE DATE | 4/30/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD  20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| TERMS |
|---|
| Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR BIO FILTER #1 & #2 | 24,000.00T |
| | -10,300.00T |
| | |
| AS PER CONTRACT KEVIN OLEARY | |
| Out-of-state sale, exempt from sales tax | 0.00 |

| **Total** | **$13,700.00** |
|---|---|

Contracted per agreed quoted price.
Terms:  Net 15 days.  8% service charge on balance due after 30
days from date of invoice.  In the event of litigation to collect this
item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-3 |
|---|---|
| INVOICE D... | 3/30/2005 |
| P.O. NO. | |
| DUE DATE | 3/30/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD  20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| TERMS |
|---|
| |

| DESCRIPTION | AMOUNT |
|---|---|
| CHANGE ORDER ON MARCH 21, 2005 HUNGERFORD BROS. EXPOSED CONCRETE C-WALL AND EXCAVATED IN FRONT & BACK SO THAT O'LEARY/OWNER COULD LIKE AT TO SEE IF THIS WAS GOING TO BE A PROBLEM. | |
| 1-TRACKHOE @ $160.00 | 1,280.00T |
| 1-LABOR @ $45.00 | 360.00T |
| | |
| AS PER AGREEMENT CHUCK W/ O'LEARY ASPHALT | |
| Out-of-state sale, exempt from sales tax | 0.00 |

| Total | $1,640.00 |
|---|---|

Contracted per agreed quoted price.
Terms:  Net 15 days.  8% service charge on balance due after 30 days from date of invoice.  In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| | |
|---|---|
| **INVOICE #** | **0100-4** |
| **INVOICE D...** | **3/30/2005** |
| **P.O. NO.** | |
| **DUE DATE** | **3/30/2005** |

**BILL TO**

O'LEARY ASHALT, INC.
11 PARK AVENUE
GAITHERSBURG, MD  20877
PROJECT WASHINGTON MARINA
WEST PARKING LOT, DC

| **TERMS** |
|---|
| |

| DESCRIPTION | AMOUNT |
|---|---|
| CHANGE ORDER FOR ON MARCH 28, 2005 HUNGERFORD BROS CLEANING OUT MUDD OUT OF HOLE & FILLING HOLE WITH (RC2). 1-TRACKHOE @ $160.00 | 640.00T |
| AS PER AGREEMENT CHUCK W/O'LEARY ASPHALT | |
| Out-of-state sale, exempt from sales tax | 0.00 |

| **Total** | **$640.00** |
|---|---|

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-5 |
|---|---|
| INVOICE D... | 3/30/2005 |
| P.O. NO. | |
| DUE DATE | 3/30/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD 20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| TERMS |
|---|
| |

| DESCRIPTION | AMOUNT |
|---|---|
| CHANGE ORDER ON MARCH 28, 2005 HUNGERFORD BROS. EXCAVATED & PROBED AROUND CONCRETE SLAB AT 36" RCP PIPE.<br>1-TRACKHOE @ $160.00 | 640.00T |
| AS PER AGREEMENT CHUCK W/O'LEARY ASPHALT<br>Out-of-state sale, exempt from sales tax | 0.00 |

| Total | $640.00 |
|---|---|

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-003 |
|---|---|
| INVOICE D... | 4/6/2005 |
| P.O. NO. | |
| DUE DATE | 4/21/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD  20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| TERMS |
|---|
| Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR 4/5/05 - 20 LOADS HAULED OUT OF UNSUITABLE SOILS<br>& HAULED TO DUMP @ $400.00 PER LOAD | 8,000.00T |
| | |
| AS PER AGREEMENT CHUCK/BRUCE W/O'LEARY<br>Out-of-state sale, exempt from sales tax | 0.00 |

| **Total** | **$8,000.00** |
|---|---|

Contracted per agreed quoted price.
Terms: Net 15 days.  8% service charge on balance due after 30
days from date of invoice.  In the event of litigation to collect this
item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-005 |
|---|---|
| INVOICE D... | 4/6/2005 |
| P.O. NO. | |
| DUE DATE | 4/21/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD  20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| TERMS |
|---|
| Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR HAULING UNSUITABLE SOILS OFF SITE TO DUMP SITE AT THE WASHINGTON MARINA WEST PARKING LOT WASHINGTON DC 4/6/05 (CHANGE ORDER)<br>17-LOADS @ $400.00 | 6,800.00T |
| AS PER CONTRACT AGREEMENT BRUCE W/OLEARY<br>Out-of-state sale, exempt from sales tax | 0.00 |

| Total | $6,800.00 |
|---|---|

Contracted per agreed quoted price.
Terms: Net 15 days. 8% service charge on balance due after 30 days from date of invoice. In the event of litigation to collect this item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-6 |
|---|---|
| INVOICE D... | 4/15/2005 |
| P.O. NO. | |
| DUE DATE | 4/30/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC. |
| 11 PARK AVENUE |
| GAITHERSBURG, MD  20877 |
| PROJECT WASHINGTON MARINA |
| WEST PARKING LOT, DC |

| TERMS |
|---|
| Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR HAULING LOADS OF UNSUITABLE SOILS TO DUMP SITE | 0.00T |
| ON PROJECT WASHINGTON MARINA | 0.00T |
| 4/7/05 - 12 LOADS HAULED @ $400.00 PER LOAD | 4,800.00T |
| 4/8/05 -  4 LOADS HAULED @ $400.00 PER LOAD | 1,600.00T |
| 4/9/05 -  6 LOADS HAULED @ $400.00 PER LOAD | 2,400.00T |
| 4/11/05 - 20 LOADS HAULED @ $400.00 PER LOAD | 8,000.00T |
| 4/12/05 -  7 LOADS HAULED @ $400.00 PER LOAD | 2,800.00T |
| | |
| AS PER AGREEMENT KEVIN O'LEARY | |
| Out-of-state sale, exempt from sales tax | 0.00 |

| **Total** | **$19,600.00** |
|---|---|

Contracted per agreed quoted price.
Terms: Net 15 days.  8% service charge on balance due after 30
days from date of invoice.  In the event of litigation to collect this
item, customer agrees to pay all attorney's fees.

**Hungerford Bros. Inc.**
**17515 Black Rock Rd.**
**Germantown, MD 20874**
**(301) 972-1083 : Phone**
**(301) 972-2055 : Fax**

| INVOICE # | 0100-8 |
|---|---|
| INVOICE D... | 5/12/2005 |
| P.O. NO. | |
| DUE DATE | 5/27/2005 |

| BILL TO |
|---|
| O'LEARY ASHALT, INC.<br>11 PARK AVENUE<br>GAITHERSBURG, MD 20877<br>PROJECT WASHINGTON MARINA<br>WEST PARKING LOT, DC |

| TERMS |
|---|
| Net 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| FOR PICKING UP STRUCTURE 48" MANHOLE W/ FRAME & COVER ON 4/4/05 FROM AMERICAST AND DELIVERING TO WASHINGTON MARINA PROJECT. FURNISH & INSTALL TO EXISTING STRU #1 AND BACKFILL. | 3,400.00T |
| 4-LOADS OF #6 STONE THAT WAS USED FOR BACKFILL AROUND THE NEW MANHOLE AT THE 36" RCP CONNECTIONS.  @ $414.00 PER LOAD | 1,656.00T |
| | 0.00T |
| AS PER AGREEMENT KEVIN W/O'LEARY ASPHALT | 0.00T |
| | 0.00T |
| Out-of-state sale, exempt from sales tax | 0.00 |

| Total | $5,056.00 |
|---|---|

Contracted per agreed quoted price.
Terms: Net 15 days.  8% service charge on balance due after 30
days from date of invoice.  In the event of litigation to collect this
item, customer agrees to pay all attorney's fees.

```
                    ***********************
                    ***  TX REPORT   ***
                    ***********************


     TRANSMISSION OK

     TX/RX NO              4168
     CONNECTION TEL          13017734242p50158
     SUBADDRESS
     CONNECTION ID
     ST. TIME            08/11 14:46
     USAGE T             01'59
     PGS. SENT           11
     RESULT              OK
```

# GREENBURG, SPENCE & TAYLOR, L.L.C.
## 51 Monroe Place
## Suite 707
## Rockville, Maryland 20850-2407
### * * * *
## (301)610-0010
## Fax: (301)610-0021

### FAX TRANSMITTAL SHEET

**TO:**        *Steve Krishack, 301-773-4242*

**FROM:**      *Michael P. Marchetti*

**DATE:**      *August 11, 2005*

**RE:**        *Washington Marina*

**COMMENTS:**   *See attached bond notice and the notice to the bonding company. If you have any questions, please feel free to call me.*

**SENT BY:**   *Michael*

**NUMBER OF PAGES:**    *11*    **(including this sheet)**

If all pages of this transmittal are not received, please call (301)610-0010.

**WARNING:** Unauthorized interception of this telecopy could be a violation of federal and state law.

The documents accompanying this facsimile transmission contain confidential information belonging to the