CO-386-online
10/03

# United States District Court
# For the District of Columbia

United States of America f/u/b Hungerford )
Brothers Excavating, Inc. et.al. )
)
)
    vs    Plaintiff )    Civil Action No._____
)
Meltech Corporation, Inc., et. al. )
)
)
        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiff, Hungerford Brothers Excavating, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Hungerford Brothers Excavating, Inc.  which have any outstanding securities in the hands of the public:

There are none.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

473717
BAR IDENTIFICATION NO.

Michael P. Marchetti, Esquire
Print Name

Greenburg, Spence & Taylor, LLC
Address

51 Monroe Place, Suite 707
City          State          Zip Code

Rockville, MD  20850, 301-610-0010
Phone Number