IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC., *et. al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> MELTECH CORPORATION, INC., *et. al.*, <br><br> *Defendants.* | Case Number: 1:05CV01834 <br> Judge: Rosemary M. Collyer |

### LINE

Dear Clerk:

Attached please find a Proof of Service indicating service on the Defendants, O'Leary Asphalt, Inc. and Liberty Mutual Insurance Company, in the above referenced matter, via certified mail, return receipt requested, on September 23, 2005.

Respectfully submitted,

GREENBURG, SPENCE & TAYLOR, LLC

By: _____
Donald H. Spence, Jr., Esq.
D.C. Bar No. 382567
Michael P. Marchetti, Esq.
D.C. Bar No.473717
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax

Attorneys for Hungerford Brothers Excavating, Inc.