IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b<br>HUNGERFORD BROTHERS<br>EXCAVATING, INC., *et. al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>MELTECH CORPORATION, INC., *et. al.*,<br><br>*Defendants.* | Case Number: 1:05CV01834<br>Judge: Rosemary M. Collyer |

### PROOF OF SERVICE

The undersigned hereby certifies that she executed service of process upon Defendant, O'Leary Asphalt, Inc., on the 23rd day of September, 2005, by sending a copy of the Summons and Complaint with exhibits, Notice of Right to consent to Trial Before A U. S. Magistrate Judge, Certificate Rule LcvR 7.1 and Electronic Case Filing Order with Registration Form in this matter via certified mail, return receipt requested to CT Corporation Systems, 1015 15th Street, N. W., Washington, DC 20005, as Resident Agent for O'Leary Asphalt, Inc. A copy of the signed return receipt is enclosed.

The undersigned further certifies that she is over eighteen (18) years of age and not a party to this action.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing are true and correct to the best of my knowledge, information and belief.

*/s/ Carol E. Smith*
Carol E. Smith

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage: $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees: $6.49

Postmark Here — SEP 21 2005

Sent To: CT Corp. Systems
Street, Apt. No.; or PO Box No.: 1015 15th St., NW
City, State, ZIP+4: Washington DC 20005

7005 0390 0006 2196 6666

PS Form 3800, June 2002   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation Systems
1015 15th Street, N.W.
Washington, DC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0006 2196 6666

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Hungerford Brothers Excavating vs. Meltech Corporation, et. al.**
**US District Court, DC, Case No. 1:05CV01834**