UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC. and HUNGERFORD BROTHERS EXCAVATING, INC.<br><br>    **Plaintiffs,**<br><br>v.<br><br>MELTECH CORPORATION, INC., O'LEARY ASPHALT, INC. and, LIBERTY MUTUAL INSURANCE COMPANY.<br><br>    **Defendants.** | Case No. 1:05CV01834<br>Judge Rosemary M. Collyer<br>Deck Type: Contract |

**CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, Defendant Liberty Mutual Insurance Company ("Liberty"), and requests an extension of time within which to Answer or otherwise respond to Use-Plaintiff's Complaint. In support thereof, Liberty avers as follows:

1. Defendant Liberty was served with the Complaint in the above-referenced matter.

2. Liberty's Answers or otherwise responsive pleading are due to be filed on or about October 14, 2005.

3. Liberty is the payment bond surety for Meltech Corporation, Inc. ("Meltech"). The Use-Plaintiff is a sub-subcontractor to Meltech and is making claim under the Miller Act against Meltech's payment bond surety, Liberty.

4. Liberty, pursuant to its general agreement of indemnity with Meltech tendered the defense of this action to Meltech. The undersigned is counsel to Meltech.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

5. However, Liberty is a defendant in another unrelated action in which the undersigned is counsel against Liberty. There is a conflict that has not been waived.

6. For the limited purpose of obtaining substitute counsel, Liberty needs an extension of time to and including October 21, 2005 within which to file a responsive pleading.

7. Counsel for Use-Plaintiff has consented to this request.

WHEREFORE, Liberty Mutual Insurance Company requests an extension of time through and including October 21, 2005 within which to file its Answer or otherwise responsive pleading to the Complaint.

Respectfully submitted by,

_____/s/_____
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Liberty Mutual Insurance Company for the limited purpose of obtaining this time extension.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time and proposed Order were sent by U.S. Mail, first class, postage prepaid this 12th day of October 2005 to Donald H. Spence, Jr., Esquire, Greenburg, Spence & Taylor, LLC, 51 Monroe Place, Suite 707, Rockville, Maryland 20850.

_____/s/_____
Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

2