UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC. and HUNGERFORD BROTHERS EXCAVATING, INC.<br><br>**Plaintiffs,**<br><br>v.<br><br>MELTECH CORPORATION, INC., O'LEARY ASPHALT, INC. and, LIBERTY MUTUAL INSURANCE COMPANY.<br><br>**Defendants.** | Case No. 1:05CV01834<br>Judge Rosemary M. Collyer<br>Deck Type: Contract |

**ORDER**

_____ UPON CONSIDERATION of the Consent Motion for an Extension of Time and it appearing to the Court that good cause has been shown, it is this therefore, this \_\_\_ day of \_\_\_\_ 2005 hereby,

ORDERED, that the Consent Motion for an Extension of Time to and including October 21, 2005 within which the Defendant Liberty Mutual Insurance Company shall file its Answer or otherwise responsive pleading to the Complaint **granted.**

J U D G E

Copies to:

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

| | |
|---|---|
| Leonard A. Sacks, Esq.<br>Leonard A. Sacks & Associates, P.C.<br>One Church Street, Suite 303<br>Rockville, Maryland 20850 | Donald H. Spence, Jr., Esquire<br>Greenburg, Spence & Taylor, LLC<br>51 Monroe Place, Suite 707<br>Rockville, Maryland 20850 |