Meltech Corp., Inc. Job # __8007__
Date __2/9/05__

# SUBCONTRACT
(SHORT FORM)

This agreement is made this <u>9th</u> day of <u>February</u> and effective the <u>9th</u> day of <u>February, 2005</u>, by and between **Meltech Corp., Inc.** (Contractor) and <u>O'Leary Asphalt, Inc.</u> (**Subcontractor**) to perform the work identified in Article 2 (STATEMENT OF WORK) in accordance with the Project's Contract Documents (plans and specifications for Southwest Waterfront Parking Improvements dated November 8, 2000).

Project:      Washington Marina West Parking Lot

Owner:       USACE

Architect:    Amos Bailey Arnold + Associates, Inc.

Contractor:  **Meltech Corp., Inc.**
             3321 75th Avenue, Suite G
             Landover, Maryland 20785-1519

Subcontractor: O'Leary Asphalt, Inc.
               11 Park Avenue
               Gaithersburg, Maryland 20877

"OFFICIAL N.T.P."
~~RECEIVED~~
2/14/05
JK

## ARTICLE 1

**CONTRACT PAYMENT:** The Contractor agrees to pay the Subcontractor for satisfactory performance of Subcontractor's work the sum of <u>**Three Hundred Fifty-three Thousand Dollars ($353,000.00) including O'Leary Asphalt providing a 100% Payment and Perfromance bond back to Meltech Corp., Inc.**</u>

Monthly Progress Payment Request (Invoices) must be submitted to Meltech on or about the 25th of the month for services the rendered to date. Progress payments, less retainage of not more than <u>10 %</u> or and amount equal to that withheld by the owner on behalf of the subcontractors work, shall be made to the Subcontractor, O'Leary Asphalt, for work satisfactorily performed and submitted in the form of a proper invoice acceptable to and approved for payment from the Owner to the Contractor (Meltech Corp., Inc.) for Subcontractor's work, no later than <u>twenty-one (21)</u> days thereafter by Meltech Corp., Inc.

Meltech Corp, Inc. agrees to provide a copy of Meltech's Payment and Performance Bond for this project to O'Leary Asphalt for information purposes also.

Final Payment of the balance due shall be made to the Subcontractor no later than <u>fourteen (14)</u> days after receipt by Contractor of final payment from Owner by the Contract Document or Contractor.

## ARTICLE 2

**SCOPE OF WORK:** Subcontractor agrees to commence Subcontractor's work herein described upon notification by Contractor, and to perform and complete such work in accordance with Contract Documents and under the general direction of Contractor in accordance with Contractor's schedule. This shall include all work necessary or incidental to complete the following STATEMENT OF WORK:

Work required as per plans and specifications for Southwest Waterfront Parking Improvements dated November 8, 2004, and your Proposal Letter dated January 25, 2005, including but not limited to : Construction Entrance; Storm Water Management; Excavation per plans and specifications; Asphalt and related work; Concrete sidewalks; Granite Curbs

EXH.1

Meltech Corp., Inc. Job # __8007__  
Date ____2/9/05____

Suocontract # _8007-3_

*equal To D.C. Page 2 of 5*  
*concrete mix,*

(approximately 145 LF including the angle pieces and the entrance, exit and islands, and along the exit drive way as discussed; Concrete Curbs and Gutters, with added color to concrete curbs to blend with the color of the Granite Curbs, and all related work including safety, and supervision as required. (Landscaping is not included)

## ARTICLE 3

**SCHEDULE OF WORK:** Time is of the essence. . Subcontractor shall provide Contractor with any requested scheduling of Subcontractor's work The Schedule of Work, including that of this Subcontractor, shall be prepared by Contractor and may be revised as the work progresses. The work should be completed no later than __April 27, 2005,__ subject to weather conditions or other situations beyond out of the contractor's control, such national security, etc.

Subcontractor recognizes that changes may be made in the Schedule of Work as presented herein and attached hereto and agrees to comply in such changes without additional compensation. Change to the schedule beyond the control of the contractor are as covered above.

Subcontractor shall coordinate its work with all other contractors, subcontractors and suppliers on the Project so as not to delay or damage their performance of work or the Project.

Subcontractor shall provide the Contractor with a Monthly Project Summary (Contractor's form) as it pertains to Subcontractor's Scope of Work.

## ARTICLE 4

**CHANGES:** Contractor, without nullifying this Agreement, may direct the Subcontractor in writing to make changes to the Subcontractor's Scope of Work. If any changes, the contract price or contract time resulting from such changes shall be set forth in a Subcontract Change Order pursuant to the Contract Document.

## ARTICLE 5

**FAILURE OF PERFORMANCE:** Should Subcontractor fail to satisfy contractual deficiencies within three (3) working days from receipt on Contractor's written notice, then the Contractor, without prejudice to any remedies, shall have the right to take whatever steps it deems necessary to correct said deficiencies and charge the cost thereof to Subcontractor, who shall be liable for payment of same including reasonable overhead, profit and attorney's fees.

## ARTICLE 6

**INSURANCE:** Prior to start of Subcontractor's work, Subcontractor shall procure and maintain in force for the duration of the work, Worker's Compensation Insurance, Employer's Liability Insurance, Comprehensive General Liability Insurance and all insurance required under the Contract Documents, **MELTECH CORP., INC, Contractor, Owner and Architect shall be named as additional insured on each of these policies** except for Worker's Compensation.

## ARTICLE 7

**INDEMNIFICATION:** To the fullest extent permitted by law, Subcontractor shall indemnify and hold harmless Owner, and Contractor from all damages, losses, or expenses, including attorney fees from any claims or damages for bodily injury, sickness, disease or death, or from claims for damages to tangible property, other than the work itself. This indemnification shall extend to claims resulting from performance of this Subcontract and shall apply only to the extent that the claim or loss is caused in part or whole by any negligent act or omission of Subcontractor or any of its agents, employee(s) or Subcontractors. This indemnity shall be effective regardless of whether the claim or loss is caused in some part by a party to be indemnified. The obligation of Subcontractor under this Article shall extend to claims or losses that are primarily caused by the Architect or the Architect's Consultant's performance or failure to perform professional responsibilities.

## ARTICLE 8

**WARRANTIES:** Subcontractor warrants its work against all deficiencies and defects in materials and/or workmanship and agrees to satisfy same without cost to the Owner or Contractor for a period of one (1) year from the date of substantial completion of the Project or per the Contract Document, whichever is longer.

## ARTICLE 9

## SUBCONTRACTORS INSURANCE GENERAL GUIDELINES

Meltech Corp., Inc. Job #__8007____
Date ____2/9/05____

Subcontract #_8007-3_
Page 3 of 5

## MELTECH CORP., INC. WILL NOT ISSUE PAYMENTS TO SUBCONTRACTORS UNLESS THE SUB'S CURRENT CERTIFICATE IS ON FILE AND APPROVED.

Following are minimal insurance requirements for subcontractors. Where these general requirements are less than the requirements set by the contract documents the contract documents will prevail. The Certificate must show that the issuing company will mail 30 days written notice of cancellation (not "will endeavor to", as some certificates state).

| | |
|---|---|
| Automobile Insurance | $1,000,000 Combined Single Limit |
| Workers' Compensation Insurance | Per Statute<br>$100,000 Employers' Liability |
| Commercial General Liability coverage to include the following coverages: Contractual Liability, Operations, Completed Operations & Products, Broad Form Property Damage, Independent Contractors, Personal Injury, X.C.U. and other standard CGL coverages without amendment | $1,000,000 Occurrence<br>$1,000,000 Aggregate<br>Limits must apply "Per Project" |
| Umbrella Insurance | $1,000,000 Occurrence<br>$1,000,000 Aggregate |

Policies must be on an occurrence basis. We will not accept "claims made" coverages. Coverage must be with Best's "A" rated carriers reasonably acceptable to **MELTECH CORP., INC.**

The following statements must appear on each certificate (if it is necessary to attach that statement on a separate piece of paper the attachment should be signed, dated and clearly referenced to the certificate):

**MELTECH CORP., INC.** and (insert Owners Name) are additional insureds on all policies other than Workers' Compensation. This insurance, other than Workers' Compensation, will be primary insurance over any other insurance available to the additional insureds for any personal injury or death or any property damage arising out of, or on account of or in consequence of, in whole or in part, the work of (insert subcontractor's Name) and/or the performance of its subcontract.

The Workers' Compensation policy has been endorsed to waive subrogation against **MELTECH CORP. INC.**

The subcontractor must maintain evidence of insurance through the warranty period.

**SPECIAL PROVISIONS:**

The Subcontractor, O'Leary Asphalt, Inc., to provide and maintain through-out the duration of the project a 100 % Payment and Performance Bond for the work as described under this subcontract in favor of Meltech Corp., Inc.

Please note that Insurance Certificates and Bonds must be received in Meltech's Office at 3321 75th Avenue, Suite G, Landover, Maryland 20784-1519 within 10 days of the award of this subcontract and prior to any work being performed on the site, whichever comes first.



Meltech Corp., Inc. Job # __8007_____     Subcontract #_8007-3_
Date ____2/9/05___                                    Page 4 of 5

In witness whereof, the parties have executed this Agreement under seal the day and year first written above.

| O'Leary Asphalt, Inc, | MELTECH CORP., INC. |
|---|---|
| BY(Signature): [signed] 2-11-05 | BY (Signature):: [signed] |
| NAME: John A. Holdsworth | NAME: John Koch |
| TITLE: President | TITLE: Division Manager |

SUBCONTRACTOR'S FEDERAL TAX ID NUMBER ___52-1373508___

NOTE:

SEE PAGE FIVE (5) ATTACHED FOR **STATEMENT AND ACKNOWLEDGEMENT** WHICH MUST ALSO BE EXECUTED AS PRESCRIBED BY FAR (48CFR) 53.222(e)

Meltech Corp., Inc. Job #__8007____                                          Subcontract #_8007-3_
Date ____2/9/05___                                                                              Page 5 of 5

| STATEMENT AND ACKNOWLEDGEMENT | | OMB NO. 3090-0119 |
|---|---|---|
| PART I – STATEMENT OF PRIME CONTRACTOR | | |
| 1. PRIME CONTRACT NUMBER: | 2. DATE SUBCONTRACT AWARDED: February 9, 2005 | 3. SUBCONTRACT NUMBER 8007-1 |
| 4. PRIME CONTRACTOR (Name, address and ZIP code) MELTECH CORP., INC 3321 75th AVENUE SUITE G. LANDOVER, MARYLAND 20785-1519 | 5. SUBCONTRACTOR (Name, address and ZIP code) O'Leary Asphalt, Inc. 11 Park Avenue Gaithersburg, Maryland 20877 | |
| 6. The prime contractor states that under the contract shown in Item 1. a subcontract was awarded on date shown in item 2 By MELTECH CORP., INC to the subcontractor identified in Item 5, for the following work: | | |
| Work required as per plans and specifications for Southwest Waterfront Parking Improvements dated November 8, 2004, and your Proposal Letter dated January 25, 2005, including but not limited to : Construction Entrance; Storm Water Management; Excavation Including all silt fences and soil erosion protection; Asphalt and related work; Concrete sidewalks; Granite Curbs (approximately 145 LF including the angle pieces and the entrance, exit and islands, and along the exit drive way as discussed; Concrete Curbs and Gutters, with added color to concrete curbs to blend with the color of the Granite Curbs, and all related work including safety, and supervision as required. (Landscaping is not included) | | |
| 7. PROJECT: Washington Marina West Parking Lot | 8. LOCATION: 1300 Maine Street SW Washington, DC 2004-2420 | |
| 9. NAME AND TITLE OF PERSON SIGNING John Koch Division Manager | 10. BY (Signature): J.K | 11. DATE SIGNED February 9, 2005 |
| PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR | | |
| 12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract: | | |
| Contract Work Hours and Safety Standards Act - Overtime Compensation - Construction Payrolls and Basic Records Withholding of Funds | Davis-Bacon Act Apprentices and Trainees Compliance with Copeland Regulations Subcontracts Contract Termination-Debarment | |
| 13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY: | | |
| 9. NAME AND TITLE OF PERSON SIGNING John A. Holdsworth President | 10. BY (Signature): | 11. DATE SIGNED 2-11-05 |

NSN 754001-151-4297
1413-1010

STANDARD FORM 1413 (10-83)
Prescribed by GSA
FAR (48 CFR) 53.222(e)

**O'Leary Asphalt Inc.**   ASPHALT • CONCRETE • EXCAVATION • MILLING • SEALCOATING • STRIPING

January 25, 2005

Mr. John Koch, Jr.
**Meltech Corp., Inc.**
3321 75th Avenue, Suite G
Landover, MD 20785

Tel: (301) 773-3450      Fax: (301) 773-4242

RE:     **SOUTHWEST WATER FRONT – REVISED
        ASPHALT AND CONCRETE REPAIRS**

Dear Mr. Koch:

***O'Leary Asphalt, Inc.*** is pleased to submit the following proposal and specifications for **asphalt and concrete repairs** at the above-referenced property. We hereby propose to furnish materials, labor and complete the work according to the attached estimate.

**NOTE:**
Price for asphalt paving is based on the posted price for liquid asphalt as of January 3, 2005, which is $205.00 per liquid ton. Any increase in this price may increase the bid price.

Thank you for the opportunity to bid on your work. I look forward to hearing from you.

Very truly yours,

Jeff D. Knott
JDK4266.doc/tt

11 Park Avenue, Gaithersburg, Maryland 20877 • PHONE: 301-948-0010 • FAX: 301-948-1810 • WWW.OLEARYASPHALT.COM

Mr. John Koch, Jr.
**Meltech Corp., Inc.**
January 25, 2005
Page 2
JDK4266.doc/tt

**PROPOSAL:**

**Asphalt:**
1. Construct new asphalt paving in parking lot area, consisting of 8" aggregate base course, 5" asphalt base course and 2" asphalt surface course, approx. 3,064 SY.
   **PRICE INCLUDES STRIPPING**                     $149,144.00     *48.67* (handwritten)

**Granite Curb:**
1. Construct new granite curb to the limits given by plan, approximately 300 linear feet. Price includes concrete base, stone, and placement of granite.    *145 L.F.* (handwritten)
   **PRICE**                                         $ 46,500.00    *32644* (handwritten)

**Concrete:**
1. Construct new D.C. standard 4" sidewalk to the limits given by plan, approx. 2,010 SF.     *6.66 per ft.* (handwritten)
   **PRICE**                                         $ 13,400.00

2. Construct new D.C. standard concrete curb and gutter to the limits given by plan, approximately 454 linear feet.
   **PRICE**                                         $ 13,166.00

**Excavation:**
1. Excavate and demo area for new asphalt parking lot, granite curb and concrete sidewalk.
   **PRICE**                                         $ 44,200.00

## Landscaping Package

**Deciduoos Trees:**
8     Zelkova Serrata                          2.5" – 3"

**Ornamental Trees:**
4     Largersh Foemia Indica – "Sioux"         6' – 8'

**Shrubs:**
3     Caryopteris x clandonensis "Dark Night"  18" - 24"
20    Fothergilla Gardeni "Mt Airy"            24" – 30"
70    Ilex Glabra "Shamrock"                   18" – 24"

**Ground Cover/Perennials:**
30    Echinacea Purepurea "Ruby Star"          1 gal
102   Hemerocallis "Happy Returns"             1 gal
323   Lirope Muscari "Big Blue"                4" p.p.
48    Sedum "Autumn Joy"                       1 gal

Sod    Kentucky Blue Grass                     295 square yards
Mulch  16 cubic yards
Leaf growth/plant mix                          6 cubic yards
Top soil                                       35 cubic yards
       **Total Plant Package**                          $ 21,250.00

Mr. John Koch, Jr.
**Meltech Corp., Inc.**
January 25, 2005
Page 3
JDK4266.doc/tt

### Construction entrance & storm water management:

1. Construct construction entrance, consisting installation and removal of vehicle wash point and #2 stone to the limits given by plan, approximately 850 square yards.
   **PRICE**                                                                 $ 17,050.00

2. Construct water quality storm water management surface sand filter to the limits given by plan, consisting of excavation, piping, fabric, gravel, sand, manhole, 15" RCP and top soil.
   **PRICE**                                                                 $103,560.00

Mr. John Koch, Jr.
**Meltech Corp., Inc.**
January 25, 2005
Page 4
JDK4266.doc/tt

### EXCLUSIONS:
- Engineering and layout.
- Permits, fees, testing, bonds.
- Location, relocation, protection, support, capping, cutting, plugging, demolition or removal of existing utilities.
- Rock excavation, removal or blasting; Removal of similar man-made obstructions.
- Soil poisoning, herbicide.
- Installation and protection of waterproofing, drainage board and filter cloth.
- Builders risk, railroad and other special insurance.
- Handling and/or removal of hazardous, toxic or contaminated substances.
- Sediment/erosion controls, maintenance and removal.
- Colored concrete, match texture or color of existing concrete or proposed precast features.
- Gravel bedding, sealant, caulking, backer rod and structural/architectural expansion joints, other than cork or asphalt impregnated fiber joint filler.
- Maintenance of traffic.
- Pumping and dewatering systems.
- Underdrains and foundation drainage systems.
- Responsibility for damage to existing asphalt or concrete pavement due to required access by our trucks and equipment.
- Responsibility for cold seams and asphalt raveling due to work being performed in temperatures below 50° F.
- Any work not shown on the drawings, i.e., concrete, pavers, etc.
- Davis-Bacon Wage Rates.
- SuperPave asphalt materials and/or methods.
- Prime coat.
- Towing and/or removal of vehicles or equipment, cost of towing.
- Responsibility for leaves falling into the sealer during the fall season.
- Guarantee against water ponding when grades are 2% or less.

### NOTES:
- Our proposal is based on performance and completion of our scope of work in one (1) mobilization(s). Additional mobilizations required beyond the control of O'Leary Asphalt, Inc. will be billed as an increase.
- Additional handling, aeration, disposal and/or borrow resulting from conditions beyond the control of O'Leary Asphalt, Inc., will be chargeable expenses.
- Our price is based on Drawings __16661__ dated __Nov 8, 2004__, as prepared by __AMOS BAILEY ARNOLD__, and latest revised __11/8/04__.
- Acknowledge _____ addenda.
- This is a packaged proposal.
- This proposal is based on having adequate access to all areas of our work for necessary trucks and equipment.

Mr. John Koch, Jr.
**Meltech Corp., Inc.**
January 25, 2005
Page 5
JDK4266.doc/tt

ASPHALT CONSTRUCTION TERMS AND CONDITIONS
This Proposal/Contract ("Contract") shall be binding only when signed by an authorized representative from **O'Leary Asphalt, Inc.,** herein referred to as "OAI," and by an authorized representative from your firm, herein after referred to as either "Owner" and/or "Customer." This "Contract" constitutes the entire agreement between the parties, there being no covenant, promise or agreement, written or oral, except as specified herein.
PAYMENT TERMS: All amounts are due and payable upon receipt of invoice. OAI may require a 33% deposit prior to the commencement of work. Final payment is due upon substantial completion. The Owner agrees to pay 1.5% interest per month (18% annual rate) on any unpaid balance(s) over 30 days from the date indicated on the invoice. In the event that OAI incurs collection costs on any past due monies, Owner agrees to pay reasonable attorney's fees and any other collection costs incurred by OAI. If full payment (including aforementioned late charges) is not received by OAI within sixty (60) days from final invoice date, all warranty rights will be waived.
NOTE: Before any work commences, adequate financial arrangements must be presented to OAI accounting department as evidence that the project is covered by a Labor and Materials Payment Bond and/or in addition to any existing Performance Bonds or Letter of Credit, satisfactory funds exist for payment to OAI for services rendered. You must also furnish the name of the Owner and a legal description of the property where said services are to be performed. Failure to meet these requirements will result in our withdrawal of this "Contract" and will void this "Contract."
SITE CONDITIONS: The Owner represents and is responsible for making sure that all site conditions are clear of dirt and debris and are in proper order for OAI to perform their work. and will maintain safe access to the Work site at all times. If, in the course of performing the scope of Work, OAI is impeded by site conditions caused by others, OAI shall notify the Owner of such conditions and the Owner shall take immediate actions to correct any/all site problems, at Owner's expense.
FINE GRADING: Fine grading of the top 0.2 ft. of the subgrade is included in this "Contract." The subgrade is to be balanced within a ±0.2 ft. tolerance and fully compacted and tested by others previous to the start of any fine grading. Fine grading does not include grading for curbs, sidewalks, aprons, ditches, etc., nor does it include any back-filling or the filling or grading along the edges of the pavement. All compaction testing is to be completed by others and is not the responsibility of OAI.
SUBGRADE: OAI reserves the right to refuse the installation of asphalt, curbs, sidewalks, etc. if it is determined by OAI that the subgrade is unstable due to soil, weather, compaction or any other condition. If the Owner directs that any of these items be installed against the recommendations of OAI, Owner accepts full responsibility for all failures and varying thickness to the asphalt as well as the payment for any/all over-runs in quantities for reinstallation of any area. Notwithstanding the above, the installation of asphalt on the Owner's subgrade does not imply OAI acceptance thereof and any paving failures due to subsequent subgrade deterioration will be repaired at the Owner's expense. All compaction testing and coring of the pavement is to be completed by others and is not the responsibility of OAI and Owner agrees to accept responsibility for all compaction testing. Select material furnished and installed by OAI in an attempt to stabilize any subgrade failure will be paid for by the Owner at the rate of $100.00 per ton, which includes the excavation of unsuitable material, the disposal of and furnishing and installing of select material. Additional costs to the Owner and subsequent payments to OAI shall be based on material delivery tickets. At no time, does OAI accept the responsibility for any grade(s) and/or unless otherwise noted in detail in the scope of work, OAI is not responsible for any grade(s) and/or grade work. If removal of existing subgrade is required, there will be an extra charge.
CHANGE ORDERS: Extras and/or change orders will be performed on a **time and material or negotiated basis.** OAI standard change order forms with all included mark-ups will be used and when signed by the Owner, superintendent, foreman or any other agent, servant or employee on behalf of the Owner, will be deemed acceptable by the Owner and represented as a legitimate extra to the "Contract." All Rental(s) and/or T&M invoices will be billed separately and shall be paid separately and **not** as a change order to the "Contract."
TRAFFIC CONTROL: Maintenance of traffic is **not** included. Any/all traffic control is the responsibility of the Owner, unless otherwise specified in the "Contract."
HAZARDOUS MATERIALS: OAI specifically disclaims any liability and/or responsibility for any existing or future hazardous materials on the property and/or hazardous material violations pursuant to any Federal, State and/or Municipal ordinance and/or common law tort/contract theory regarding and/or any amendments and/or change orders. The Owner, where OAI specifically warrants that the subject property is free of hazardous material, agrees to indemnify and hold harmless OAI and its subcontractors from any claims, suits, settlements and/or judgments which may be filed, assessed, settled by agreement and/or entered plus all costs, expense and attorney's fees actually incurred in the investigation, defense, settlement and/or satisfaction thereof.

Mr. John Koch, Jr.
**Meltech Corp., Inc.**
January 25, 2005
Page 6
JDK4266.doc/tt

**PERMITS**: The Owner agrees to obtain and assume the costs for all required permits necessary for performance of the Work. Owner further agrees that any/all utilities, such as utility lines, manholes, gas lines, poles, etc. shall be on approved grade and alignment and properly staked prior to the performance of Work. Owner shall be responsible for securing engineering reports, land surveys, and establishing and clearly defining, all areas of Owner's property to be surfaced. Owner will be held responsible for securing all permits, licenses and surveys prior to the commencement of said work, and releases OAI from any/all liabilities resulting in delays or failure to secure necessary documents. Furthermore, any non-specific utilities ("house utilities") located on the job site such as, house lights, underground cables, traffic sensors, or any other sub-surface utilities not listed with Miss Utility or any other utility based organization, is the responsibility of the owner and OAI is not responsible for any damage to these items. Furthermore, owner agrees to correct any problems to these "house utilities" at owners expense and will do so in a timely manner not to delay schedule. OAI is not responsible for any design or engineering of the site conditions.

**BONDS**: Unless specifically included in this proposal, all Performance, and/or Payment Bonds are excluded.

**MOBILIZATIONS**: This proposal includes a maximum of ___2___ mobilizations. Additional move-ins (Mobilizations) required by the Owner will incur additional charges. See Commencement of Work paragraph below for rates. If the entire design section for the paving is not installed at one time and construction traffic is allowed on the initial course before final surfacing, the owner shall bear the responsibility and costs for all repairs or cleaning which may become necessary. After installation of asphalt is completed, Owner shall be fully responsible for any damage thereto caused by others.

**DAMAGES**: OAI must be notified in writing of any alleged damage(s) to existing items within 48 hours of occurrence. If OAI is not notified within 48 hours, it is agreed that OAI will not be responsible for nor will OAI suffer any back charge(s) from Owner regarding the alleged damage. OAI is not responsible for damage(s) due to strikes, fires, accidents, acts of God or any other causes beyond OAI control. If OAI is delayed at any time by an act, breach or neglect as a result of the Owner or Owner's Agent, or from an employee of either, or by a separate contractor engaged by the Owner, or by changes in the Work, or by labor disputes, fire, unusual delay in deliveries, unavoidable casualties or other causes beyond OAI's control, then the Approximate Date of Completion shall be extended by a reasonable period of time to reflect the time OAI was so delayed. It is also understood that OAI must use heavy trucks and equipment in the performance of the work. OAI is not responsible for damage(s) to surrounding asphalt or concrete due to the use of these vehicles during normal construction activities.

**WARRANTIES**: O'Leary Asphalt cannot warranty this work due to winter weather conditions. OAI shall furnish the Owner with any warranties (if any) supplied by manufacturers on any materials installed by OAI under this "Contract." The parties agree that OAI is not an agent or representative of the manufacturer and OAI shall not be held responsible for any claims or requests for service under the manufacturer's warranty. All materials are warranted to be as specified and all Work is to be completed in workmanlike manner according to standard practice in the industry for a period of one (1) year. In the event of any defects in an asphalt surface due to faulty materials or workmanship, OAI will repair such surface, or parts thereof, at its expense provided Owner so notified OAI during the one year period from date of completion. Due to the nature of asphalt, such corrections may be noticeable upon repair. Reasonable efforts will be taken to blend these areas with the existing asphalt; however, time is the best solution for proper blending. This limited warranty does not apply: (i) to the extent Owner fails to properly care for and use asphalt surfaces; (ii) to cracks or other defects resulting from installation over concrete or other surfaces not provided or installed by OAI; (iii) abnormal vehicular use or constant exposure to oil or other chemicals; (iv) sealants or other materials applied to such surface or unauthorized repairs made by persons other than OAI; (v) events, occurrences or other factors beyond OAI's control (i.e. severe weather, earthquake, tree roots, vandalism, etc.) or (vi) Owner is in default of financial obligation under this Agreement. This limited warranty is not transferable to any subsequent owner of the property. THIS LIMITED WARRANTY IS THE SOLE AND EXCLUSIVE WARRANTY PROVIDED BY OAI AND THERE ARE NO OTHER WARRANTIES OTHER THAN AS STATED HEREIN, EXPRESSED OR IMPLIED, OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF ANY OTHER NATURE, WHICH ARE HEREBY EXPRESSLY EXCLUDED, AND THE REPAIR OF A DEFECTIVE ASPHALT SURFACE BY OAI SHALL BE THE OWNER'S SOLE REMEDY THEREFORE, AND IN NO EVENT SHALL OAI BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES OR FOR DAMAGES EXCEEDING THE TOTAL CONTRACT PRICE.

**BREACH OF CONTRACT**: In the event that the Owner is in breach of this "Contract," and such breach is not cured within five (5) days written notice from OAI, in addition to any other remedies which OAI may have under law or equity, OAI may elect to either suspend or terminate its obligation to further perform any of its obligation under this Agreement, and shall be immediately paid for all Work performed OAI up to the time of such election.

**COMMENCEMENT OF WORK**: Owner agrees to notify OAI at least twenty-four (24) hours prior to the scheduled time for commencement of the Work if the Work cannot be commenced at scheduled time. In the event of failure of Owner to provide said notification, Owner agrees to pay the following charges as damages for Owner's failure it being agreed by the parties that the exact amount of damages sustained by OAI will be difficult to determine or ascertain: (a) Asphalt patching and paving – Four Thousand Nine Hundred and 00/100 Dollars ($4,900.00) per job; (b) Sealcoat application – Two Thousand and 00/100 Dollars ($2,000.00) per job; (c) Pavement markings – Four Hundred Fifty and 00/100 Dollars ($450.00) per job; (d) Concrete work – Two Thousand and 00/100 Dollars ($2,000.00) per job; (e) Excavation and/or grading – One Thousand Five Hundred and 00/100 Dollars ($1,500.00) per job. Notwithstanding said payments, the "Contract" shall remain in full effect and the above damages shall be paid within seven (7) days from the date incurred and shall be in addition to the payments due under the "Contract."

Mr. John Koch, Jr.
**Meltech Corp., Inc.**
January 25, 2005
Page 7
JDK4266.doc/tt

**ASPHALT MILLING EXCLUSION**: OAI is not responsible for damage(s) incurred to concrete by asphalt milling machine where asphalt and concrete abut.
**ASPHALT DEEPER THAN SPECIFIED**: In the event that the existing asphalt is deeper than specified in this "Contract," an additional charge of Five and 50/100 Dollars ($5.50) per square yard, per inch for the extra depth asphalt. Payments shall be made based on actual field measurements of areas requiring this item.
**MINIMUM SLOPE**: A minimum slope of two percent (2%) is necessary for proper surface drainage. OAI is not responsible for standing or ponding water on pavement installed with less than two percent (2%) rate of slope.
**CHANGES TO PLANS**: This "Contract" is based on plans given to OAI on _____N/A_____. Any subsequent changes in the plans, which in our opinion affect the contract price will be invoiced to the Owner as an extra to the "Contract" at prices to be negotiated. The Owner shall notify OAI immediately of any such changes.
**SCHEDULING**: OAI requires a minimum of five (5) working days to schedule said work.
**NOTICE:** (Applicable in Maryland only): All home improvement contractors in Maryland must be licensed by the Maryland Home Improvement Commission. Inquiries about a contractor should be transmitted to the Home Improvement Commission, 501 St. Paul Place, Baltimore, Maryland 21202; Telephone (410) 333-6310.
**APPROXIMATE DATES**: In the event this "Contract" is accepted and returned to OAI within five (5) days of the date stated above, the following Approximate Dates shall apply. Otherwise, the parties shall agree on new Approximate Dates. This "Contract" may be withdrawn if not accepted within thirty (30) days.
**TOWING:** If O'Leary Asphalt, Inc. coordinates the towing of vehicles prior to sealcoating or paving, the cost will be $50.00 per vehicles with a minimum charge of $125.00 per mobilization.

**Approximate Date of Commencement:**_____**Approximate Date of Completion:**_____

*I have read and I understand and agree to all above-listed terms and conditions:*

**O'LEARY ASPHALT:**    Authorized Signature:_____ DATE: _____Print Name
and Title_____

**ACCEPTANCE OF PROPOSAL:** Authorized Signature:_____ DATE: _____Print Name
and Title_____