# Customer Invoice

**Bill To**

Meltech Corp., Inc.
John Koch, Jr.
3321 75th Avenue, Suite G
Landover, MD 20785

| Date | Invoice # |
|---|---|
| 4/28/2005 | 3670 |

**Job # and Name**

50020.JDK - Southwest Water Front

| Description | Amount |
|---|---|
| Extra: One 25' fiberglass grade pole. Meltech destroyed original pole. | 193.55 |

| | |
|---|---|
| **Total** | $193.55 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $193.55 |

Payment is due upon receipt of this invoice. We reserve the right to add a service charge of 2% per month on accounts not paid within 30 days.

EXH.2

# Customer Invoice

| Bill To |
|---|
| Meltech Corp., Inc.<br>John Koch, Jr.<br>3321 75th Avenue, Suite G<br>Landover, MD 20785 |

| Date | Invoice # |
|---|---|
| 5/25/2005 | 3716 |

**Job # and Name**

50020.JDK - Southwest Water Front

| Description | Amount |
|---|---|
| Extra To Contract: Remove unsuitable soils to dump site and replace with gravel. 672.05 tons (see attached ticket list) at $98.20 per ton. Price determined as follows: Lump sum price agreed to June 13, 2005 by all parties for removal of unsuitable soils ($83,961.00) divided by number of tons (57 loads x 15 tons per load) 855 tons equals a per ton price of $ 98.20. | 65,995.31 |

Payment is due upon receipt of this Invoice. We reserve the right to add a service charge of 2% per month on accounts not paid within 30 days.

| | |
|---|---|
| **Total** | $65,995.31 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $65,995.31 |

# Customer Invoice

| Bill To |
|---|
| Meltech Corp., Inc.<br>John Koch, Jr.<br>3321 75th Avenue, Suite G<br>Landover, MD 20785 |

| Date | Invoice # |
|---|---|
| 6/30/2005 | 3762 |

**Job # and Name**

50020.JDK - Southwest Water Front

| Description | Amount |
|---|---|
| EIGHT INCH AGGREGATE BASE | 31,112.00 |
| EXCAVATION EXTRA: REMOVE BAD SOIL FROM THREE AREAS | 83,961.00 |
| GEOTEXTILE FABRIC | 2,262.00 |
| RELOCATE TOPSOIL | 1,170.00 |
| FURNISH AND INSTALL 48" MANHOLE AND COVER | 4,080.00 |
| INSTALL BASIN BOX FOR 48" MANHOLE | 4,620.00 |
| CONCRETE FOR BASIN BOX | 279.17 |
| EXCAVATION: PROBED AROUND CONCRETE SLAB AT 36 " RCP PIPE | 760.00 |
| EXCAVATION: EXPOSED CONCRETE SEA WALL | 1,968.00 |

Payment is due upon receipt of this invoice. We reserve the right to add a service charge of 2% per month on accounts not paid within 30 days.

| | |
|---|---|
| *Total* | $130,212.17 |
| *Payments/Credits* | $0.00 |
| *Balance Due* | $130,212.17 |

# Customer Invoice

**Bill To**

Meltech Corp., Inc.
John Koch, Jr.
3321 75th Avenue, Suite G
Landover, MD 20785

| Date | Invoice # |
|---|---|
| 8/29/2005 | 3874 |

**Job # and Name**

50020.JDK - Southwest Water Front

| Description | Amount |
|---|---|
| EXCAVATION AND DEMO AREA FOR NEW PARKING LOT | 4,420.00 |
| CONSTRUCT WATER QUALITY MGT SYSTEM | 13,848.00 |

Payment is due upon receipt of this invoice. We reserve the right to add a service charge of 2% per month on accounts not paid within 30 days.

| | |
|---|---|
| **Total** | $18,268.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $18,268.00 |