UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA F/U/B    :
HUNGERFORD BROTHERS EXCAVATING, INC.    :
ET AL.    :
    :
    Plaintiffs,    :
    :
vs.    :    CASE NO.: 1:05CV01834
    :    DECK TYPE: CONTRACT
MELTECH CORPORATION, INC., ET AL.    :    JUDGE ROSEMARY M. COLLYER
    :
    Defendants.    :
    :

## ANSWER

The Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter Liberty), by and through counsel, Richard R. Page Wyrough and the law offices of Cain & Wyrough, P.C., and in answer to Plaintiffs' complaint states as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action on which relief may be granted.

### SECOND DEFENSE

The Plaintiff failed to satisfy the conditions precedent to maintain the instant action.

### THIRD DEFENSE

The Plaintiff's claim is barred by its own breaches of the contract.

### FOURTH DEFENSE

The Plaintiff's claim is barred by waiver.

### FIFTH DEFENSE

The Plaintiff's claim is barred by accord and satisfaction.

### SIXTH DEFENSE

The Plaintiff's claim is bared, in whole or in part, by release.

### SEVENTH DEFENSE

The Defendant reserves the right to supplement these defenses as discovery uncovers other potential defenses.

Law Offices
*Cain & Wyrough*
15051Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

EIGHTH DEFENSE

The Plaintiff fails to state a factual or legal basis upon which the claim for costs can be granted.

NINTH DEFENSE

Answering each of the numbered paragraphs of the Complaint, the Defendant, Liberty Mutual Insurance Company, state as follows:

1.      Jurisdiction is a question for the Court to decide, but if an answer is required, Liberty denies the allegations or Paragraph 1 and demands strict proof thereof.

2.      For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 2 and therefore denies same and demands strict proof thereof.

3.      For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 3 and therefore denies same and demands strict proof thereof.

4.      Upon information and belief, Liberty admits the allegations of Paragraph 4.

5.      Liberty admits the allegations of Paragraph 5.

6.      Upon information and belief, Liberty admits that Meltech entered into a Contract with the Corps of Engineers and that it subcontracted certain work to O'Leary, but stating further that the best evidence of the terms and conditions of the Contract is the document itself and denies any allegations in Paragraph 6 that are inconsistent therewith.

7.      For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 7 and therefore denies same and demands strict proof thereof.

8.      For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 8 and therefore denies same and demands strict proof thereof.

9.      For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 9 and therefore denies same and demands strict proof thereof.

10.      For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 10 and therefore denies same and demands strict proof thereof.

11.      For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 11 and therefore denies same and demands strict proof thereof.

Law Offices
*Cain & Wyrough*
15051Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

## COUNT I

12.     Liberty incorporates its responses to Paragraph 1 through 11 as if fully restated herein as Paragraph 12.

13.     For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 13 and therefore denies same and demands strict proof thereof.

14.     For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 14 and therefore denies same and demands strict proof thereof.

## COUNT II

15.     Liberty incorporates its responses to Paragraph 1 through 14 as if fully restated herein as Paragraph 15.

16.     Liberty admits that it provided a payment bond, but avers that the best evidence of the terms and conditions is the bond form itself and the terms of the Miller Act and denies any allegations in Paragraph 16 that are inconsistent therewith.

17.     Liberty admits that it provided a payment bond, but avers that the best evidence of the terms and conditions is the bond form itself and the terms of the Miller Act and denies any allegations in Paragraph 17 that are inconsistent therewith.

18.     For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 18 and therefore denies same and demands strict proof thereof.

19.     Liberty admits that it received the notice, but avers that the Plaintiff has the burden of proving that it met all of the terms and conditions of the bond and therefore, denies the allegations or Paragraph 19 for lack of information and belief and demands strict proof thereof.

20.     Plaintiff has the burden of proving that it met all of the terms and conditions of the bond and the Miller Act and therefore, denies the allegations of Paragraph 20 for lack of information and belief and demands strict proof thereof.

WHEREFORE, Liberty Mutual Insurance Company submits that the Complaint should be dismissed with prejudice and that it be awarded its costs.

Law Offices
*Cain & Wyrough*
15051Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

3

Respectfully submitted,

CAIN & WYROUGH, P.C.

_____
/s/
RICHARD R. PAGE WYROUGH, #02821
SLOANE R. FRANKLIN, #14283
15051 Marlboro Pike
Upper Marlboro, Maryland  20772
(301) 627-4600

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  21st  day of October, 2005, a copy of the foregoing was electronically filed in this case and was electronically mailed to:

Donald H. Spence, Jr., Esquire
GREENBURG, SPENCE & TAYLOR
51 Monroe Place, Suite 707
Rockville, MD 20850

Maury S. Epner, Esquire
200-B Monroe Street
Rockville, MD 20850

Leonard A. Sacks, Esquire
LEONARD A. SACKS & ASSOCIATES, P.C.
Once Church Street, Suite 303
Rockville, MD 20850

_____
/s/
RICHARD R. PAGE WYROUGH

M:\Docs\DINA\Hungerford - Meltech\answer.complaint.wpd

Law Offices
*Cain & Wyrough*
15051Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

4