IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC., *et. al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> MELTECH CORPORATION, INC., *et. al.*, <br><br> *Defendants.* | Case Number: 1:05CV01834 <br> Judge: Rosemary M. Collyer |

## LINE

Dear Clerk:

Attached please find a Proof of Service indicating service on the Defendant, Meltech Corporation, Inc. in the above referenced matter, via certified mail, return receipt requested, on October 19, 2005.

Respectfully submitted,

GREENBURG, SPENCE & TAYLOR, LLC

By: _____
Donald H. Spence, Jr., Esq.
D.C. Bar No. 382567
Michael P. Marchetti, Esq.
D.C. Bar No.473717
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax

Attorneys for Hungerford Brothers Excavating, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b<br>HUNGERFORD BROTHERS<br>EXCAVATING, INC., *et. al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>MELTECH CORPORATION, INC., *et. al.*,<br><br>*Defendants*. | Case Number: 1:05CV01834<br>Judge: Rosemary M. Collyer |

## PROOF OF SERVICE

The undersigned hereby certifies that he executed service of process upon Defendant, Meltech Corporation, Inc., on the 19th day of October, 2005, by sending a copy of the Summons and Complaint with exhibits, Notice of Right to consent to Trial Before A U. S. Magistrate Judge, Certificate Rule LcvR 7.1 and Electronic Case Filing Order with Registration Form in this matter via certified mail, return receipt requested to Leonard A. Sacks, Esq., One Church Street, Suite 303, Rockville, Maryland 20850, as Counsel for Meltech Corporation, Inc. A copy of the signed return receipt is enclosed.

The undersigned further certifies that he is over eighteen (18) years of age and not a party to this action.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing are true and correct to the best of my knowledge, information and belief.

*/s/ Michael P. Marchetti*
Michael P. Marchetti

Hungerford

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _BuHKen_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Beth Kenning  C. Date of Delivery: 10/19/05 |
| 1. Article Addressed to:<br>Leonard A. Sacks, Esq<br>Leonard A Sacks & Asso.<br>One Church Street<br>Suite 303<br>Rockville, MD 20850 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0006 2196 6086 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



United States/Hungerford Brothers v. Meltech Corporation
CASE NUMBER: 1:05CV01834

LAW OFFICES
## GREENBURG, SPENCE & TAYLOR, L.L.C.

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI

51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

OF COUNSEL
STEVEN M. WEISBAUM

October 18, 2005

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

*LAS/MC*
*Ans due 11/8*

**VIA CERTIFIED MAIL - 7005 0390 0006 2196 6086**
**RETURN RECEIPT REQUESTED NO.**
Leonard A. Sacks, Esq.
Leonard A. Sacks & Associates, P. C.
One Church Street, Suite 303
Rockville, Maryland 20850

Re: *United States of America f/u/b Hungerford Brothers Excavating, Inc., et. al. v. Meltech Corporation, Inc., et. al.,*
*United States District Court, District of Columbia Case Number: 1:05CV01834*

Dear Lenny:

Enclosed please find a Summons, Complaint with exhibits, Notice of Right to consent to Trial Before A U. S. Magistrate Judge, Certificate Rule LcvR 7.1 and Electronic Case Filing Order with Registration Form in this matter against Defendant, Meltech Corporation, Inc. in the above referenced matter. Thank you for accepting service on behalf of the Meltech as discussed by telephone.

Please sign at the bottom to indicate you have accepted service on behalf of Meltech and fax it back to my office. Feel free to contact me if you have any questions regarding this matter.

Very truly yours,

*[signature]*

Michael P. Marchetti

MPM/cs
enclosures
cc: Hungerford Brothers Excavating, Inc.

I, Leonard A. Sacks, Esq., have accepted service of the above referenced process on behalf of Defendant, Meltech Corporation, Inc., in the above referenced matter.

*[signature]*
Leonard A. Sacks, Esq.