UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC. and HUNGERFORD BROTHERS EXCAVATING, INC., )<br>)<br>)<br>)<br>)<br>) |  |
| Plaintiffs,    ) |  |
| v.    ) | Case No. 1:05-CV-01834 RMC |
| MELTECH CORPORATION, INC., O'LEARY ASPHALT, INC. and LIBERTY MUTUAL INSURANCE COMPANY.    )<br>)<br>) | Deck Type: Contract |
| Defendants.    ) |  |

### MELTECH CORPORATION, INC.'S ANSWER TO THE COMPLAINT OF HUNGERFORD BROTHERS EXCAVATING, INC.

COMES NOW the Defendant, Meltech Corporation, Inc. ("Meltech"), by and through its undersigned counsel, for its Answer to the Complaint of the Use-Plaintiff, Hungerford Brothers Excavating, Inc. ("Hungerford"), and avers as follows:

### First Defense

The Complaint fails to state a cause of action on which relief may be granted.

### Second Defense

The Use-Plaintiff failed to satisfy the conditions precedent to maintain the instant action.

### Third Defense

The Use-Plaintiff's claim is barred by its own breaches of the contract.

### Fourth Defense

The Use-Plaintiff's claim is barred by waiver.

Law Offices
LEONARD A. SACKS & ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

### Fifth Defense

The Use-Plaintiff's claim is barred by accord and satisfaction.

### Sixth Defense

The Use-Plaintiff's claim is barred, in whole or in part, by release.

### Seventh Defense

Meltech reserves the right to supplement these defenses as discovery reveals other potential defenses.

### Eighth Defense

The Use-Plaintiff fails to state factual or legal bases upon which the claim for costs can be granted.

### Ninth Defense

Answering each of the numbered paragraphs of the Complaint, Defendant Meltech, states as follows:

1. Jurisdiction is a question for the Court to decide, but if an answer is required, Meltech denies the allegations of Paragraph 1 and demands strict proof thereof.

2. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 2 and, therefore, denies same and demands strict proof thereof.

3. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 3 and, therefore, denies same and demands strict proof thereof.

4. Meltech admits the allegations of Paragraph 4.

5. Upon information and belief, Meltech admits the allegations of Paragraph 5.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

6. Upon information and belief, Meltech entered into a Contract with the Corps of Engineers and subcontracted certain work to O'Leary; Meltech states further that the best evidence of the terms and conditions of the Contract is the document itself and denies any allegations in Paragraph 6 that are inconsistent therewith.

7. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 7 and, therefore, denies same and demands strict proof thereof.

8. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 8 and, therefore, denies same and demands strict proof thereof.

9. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 9 and, therefore, denies same and demands strict proof thereof.

10. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 10 and, therefore, denies same and demands strict proof thereof.

11. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 11 and, therefore, denies same and demands strict proof thereof.

## COUNT I

12. Meltech incorporates its responses to Paragraphs 1 through 11 as if fully restated herein as Paragraph 12.

13. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 13 and, therefore, denies same and demands strict proof thereof.

14. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 14 and, therefore, denies same and demands strict proof thereof.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

## COUNT II

15. Meltech incorporates its responses to Paragraphs 1 through 14 as if fully restated herein as Paragraph 15.

16. Meltech admits that it was required to supply a payment bond and it was provided by Liberty, but avers that the best evidence of the terms and conditions are the bond form itself and the terms of the Miller Act and denies any allegations in Paragraph 16 that are inconsistent therewith.

17. Meltech admits that it provided a payment bond, but avers that the best evidence of the terms and conditions are the bond form and the terms of the Miller Act and denies any allegations in Paragraph 17 that are inconsistent therewith.

18. For lack of information and belief, Meltech can neither admit nor deny the allegations of Paragraph 18 and, therefore, denies same and demands strict proof thereof.

19. Meltech admits that it received the notice, but avers that the Plaintiff has the burden of proving that it met all of the terms and conditions of the bond and, therefore, denies the allegations of Paragraph 19 for lack of information and belief and demands strict proof thereof.

20. Plaintiff has the burden of proving that it met all of the terms and conditions of the bond and the Miller Act and Meltech, therefore, denies the allegations of Paragraph 20 for lack of information and belief and demands strict proof thereof.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

WHEREFORE, Meltech Corporation, Inc. submits that the Complaint should be dismissed with prejudice and that it should be awarded its costs.

          Respectfully submitted by,

          /s/
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Meltech Corporation, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Answer was sent by electronic mail this 1st day of November 2005 to Donald H. Spence, Jr., Esq., Greenburg, Spence & Taylor, LLC, 51 Monroe Place, Suite 707, Rockville, Maryland 20850, Richard R. Page Wyrough, Esq., Cain & Wyrough, 15051 Old Marlboro Pike, Upper Marlboro, Maryland 20772 and Maury S. Epner, Esq., Miller, Miller & Canby, 200-B Monroe Street, Rockville, Maryland 20850.

          /s/
Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705