UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC. and HUNGERFORD BROTHERS EXCAVATING, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05-CV-01834 RMC |
| MELTECH CORPORATION, INC., | ) ) | Deck Type: Contract |
| Defendant/Cross-Claim Defendant, | ) ) | |
| O'LEARY ASPHALT, INC., | ) ) | |
| Defendant/Cross-Claim Plaintiff, | ) ) | |
| and | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | |

**MELTECH CORPORATION, INC.'S ANSWER
TO THE CROSS-CLAIM OF O'LEARY ASPHALT, INC.**

COMES NOW the Cross-Claim Defendant, Meltech Corporation, Inc. ("Meltech"), by and through its undersigned counsel, for its Answer to the Cross-Claim of O'Leary Asphalt, Inc. ("O'Leary"), and avers as follows:

**First Defense**

The Cross-Claim fails to state a cause of action on which relief may be granted.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

### Second Defense

The Cross-Claim Defendant failed to satisfy the conditions precedent to maintain the instant action.

### Third Defense

The Cross-Claim is barred by its own breaches of the subcontract.

### Fourth Defense

The Cross-Claim is barred by waiver.

### Fifth Defense

The Cross-Claim is barred by accord and satisfaction.

### Sixth Defense

The Cross-Claim is barred, in whole or in part, by release.

### Seventh Defense

The Cross-Claim Defendant reserves the right to supplement these defenses as discovery uncovers other potential defenses.

### Eighth Defense

The Cross-Claim Plaintiff fails to state a factual or legal basis upon which the claim for costs can be granted.

### Ninth Defense

Answering each of the numbered paragraphs of the Cross-Claim, Meltech, states as follows:

21. Meltech incorporates its responses to Paragraphs 1 through 3 to the Hungerford Complaint as if fully restated herein as Paragraph 21.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

22. Jurisdiction is a question for the Court to decide, but if an answer is required, Meltech denies the allegations of Paragraph 22 and demands strict proof thereof.

23. Meltech admits that it entered into a Subcontract with O'Leary but avers that the best evidence of the terms and conditions of the Subcontract is the document itself and denies any allegations of Paragraph 23 that are inconsistent therewith.

24. Meltech admits that, pursuant to its Contract with the Government, it was directed to perform work which O'Leary considered to be outside of the scope of its Subcontract and Meltech directed O'Leary to perform the work as directed by the Government.

25. Meltech denies the allegation of Paragraph 25 and states further that it has not received approval on all of the claims for extra work submitted by O'Leary. Additionally, O'Leary failed and refused to complete the Subcontract work requiring Meltech to employ others to complete O'Leary scope of work.

26. Meltech admits the allegations of Paragraph 26, but avers that another check in the amount of Eight Thousand Dollars ($8,000.00) was available, but O'Leary refused to sign the partial payment release form required by the Subcontract.

27. Meltech admits the allegations contained in the first two sentences of Paragraph 27, but for lack of information and belief can neither admit nor deny the remaining allegations of Paragraph 27 and demands strict proof thereof. Stating further, O'Leary failed to complete the remainder of its Subcontract scope of work and Meltech was forced to employ others to complete the work.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

## COUNT I

28. Meltech incorporates its responses to Paragraphs 21 through 27 as if fully restated herein as Paragraph 28.

29. Meltech admits that it provided a Liberty Mutual Payment Bond for the Project, but avers that the best evidence of the terms and conditions of the Bond is the document itself and denies any allegations of Paragraph 29 that are inconsistent therewith.

30. Meltech admits that it provided a Liberty Mutual Payment Bond for the Project, but avers that the best evidence of the terms and conditions of the Bond is the document itself and denies any allegations of Paragraph 30 that are inconsistent therewith.

31. O'Leary failed to provide an itemization of its claim amount. A majority of the claim amount is in pending change order requests submitted by O'Leary to Meltech for filing with the Government. Article 1 of the Subcontract provides that payment will be made for "work satisfactorily performed and submitted in the form of a proper invoice acceptable to and approved for payment by the Owner to the Contractor (Meltech Corp., Inc.)." The Owner has not approved the full amounts claimed by O'Leary.

## COUNT II

32. Meltech incorporates its responses to Paragraphs 21 through 27 as if fully restated herein as Paragraph 32.

33. Meltech admits that the Subcontract was dated February 9, 2005.

34. Meltech admits the statements contained in Paragraph 34, but states further that the same clause states that "work satisfactorily performed and submitted in the form of a proper

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

invoice acceptable to and approved for payment by the Owner to the Contractor (Meltech Corp., Inc.)" and then payment is due within 21 days.

35. Meltech admits the allegations of Paragraph 35, but avers that the payments were not due as claimed. Stating further, O'Leary did not complete its Subcontract and abandoned its work, thereby requiring Meltech to incur additional costs to complete O'Leary's work. Pursuant to Article 5, when the work is completed and the costs are fully known, Meltech is entitled to deduct from any amounts due, the costs incurred, overhead, profit and attorney fees.

WHEREFORE, Meltech Corporation, Inc. submits that the Cross-Claim should be dismissed with prejudice and that it should be awarded its costs.

Respectfully submitted by,

/s/
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Meltech Corporation, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Answer to O'Leary's Cross-Claim was sent by electronic mail this 1st day of November 2005 to Donald H. Spence, Jr., Esq., Greenburg, Spence & Taylor, LLC, 51 Monroe Place, Suite 707, Rockville, Maryland 20850, Richard R. Page Wyrough, Esq., Cain & Wyrough, 15051 Old Marlboro Pike, Upper Marlboro, Maryland 20772 and Maury S. Epner, Esq., Miller, Miller & Canby, 200-B Monroe Street, Rockville, Maryland 20850.

/s/
Leonard A. Sacks

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

5