IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC.**, *et. al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> **MELTECH CORPORATION, INC.**, *et. al.*, <br><br> *Defendants.* | Case Number:  1:05CV01834 <br> Judge: Rosemary M. Collyer |

**JOINT REPORT PURSUANT TO FED.R.CIV.PRO 26(f) AND LCvR 16.3**

Counsel for Plaintiff and Defendants, having conferred on November 28, 2005, to discuss the status of this case, possibilities for a prompt settlement or resolution of the case, and how discovery should proceed, hereby propose to the Court this Joint Report Pursuant to Fed.R.Civ.Pro 26(f) and the LCvR 16.3:

**Brief Statement of the Case and Statutory Basis for All Causes of Action and Defenses.**

Plaintiff, Hungerford Brothers Excavating, Inc. performed work for Defendant, O'Leary Asphalt, Inc., pursuant to a subcontract, at the South West Waterfront Parking Improvements, Washington Marina (the "Project"), located in Washington, D.C.  Hungerford Bros. claims it is still owed $56,076.00 plus interest for this work.  Plaintiff asserts that Federal jurisdiction in this matter is appropriate under 40 U.S.C. §§ 3131 *et. seq.* (the "Miller Act") as the project owner is the U.S. Army Corps of Engineers who required the general contractor and Defendant, Meltech Corporation, Inc. to post a labor and material payment bond with Defendant surety, Liberty Mutual Insurance Company, to guarantee payment to subcontractors and suppliers on the Project.

Defendant, O'Leary Asphalt, Inc. has filed a cross-claim against Defendants, Meltech Corporation, Inc. and Liberty Mutual Insurance Company for $214,669.03, which O'Leary Asphalt, Inc. alleges is due to them for work performed at the Project. Defendants and Cross-Defendants have raised several defenses under the Miller Act, the contract, and the bond, including, but not limited to, the failure of O'Leary Asphalt, Inc. to complete its work and the failure of the government to approve and pay for change order work.

### LCvR 16.3(c) Report

1. The parties believe that resolution of the substantive issues by dispositive motion is unlikely.

2. The parties agree that no party shall be joined or pleading amended after June 1, 2006.

3. The parties will agree to assign the case to a magistrate judge.

4. There is a strong likelihood that the case will be settled.

5. The parties have discussed ADR procedures but believe referring the matter to ADR would be premature at this time. Further, the parties already have initiated settlement discussions.

6. The parties have agreed that all dispositive motions will be filed by June 15, 2006.

7. The parties will exchange information required by Fed.R.Civ.Pro. 26(a)(1) by February 28, 2006.

8. The parties have agreed that all discovery (including experts) will be completed by May 31, 2006.

9. The parties have agreed that expert reports will be due by April 1, 2006. Rebuttals to expert reports, if any, will be due by May 1, 2006.

10. N/A

11. The administration of this case would not be facilitated by bifurcation or phasing.

12. The parties request a pretrial conference on July 31, 2006, or as soon thereafter the Court may provide.

13. The parties hereby request that a trial date be set at the pre-trial conference.

14. The parties agree that the dates listed above may be altered upon stipulation or Order of the Court.

Respectfully submitted,

| | |
|---|---|
| **LEONARD A. SACKS & ASSOCIATES, P.C.** | **GREENBURG, SPENCE & TAYLOR, LLC** |
| By: s/ LAS | By: s/ MPM |
| Leonard A. Sacks, Esq. | Donald H. Spence, Jr., Esq. |
| D.C. Bar # 150268 | D.C. Bar 382567 |
| One Church Street, Suite 303 | Michael P. Marchetti, Esq. |
| Rockville, Maryland 20850 | D.C. Bar No.473717 |
| 301-738-2470 | 51 Monroe Place, Suite 707 |
| | Rockville, Maryland 20850 |
| Attorneys for Defendant | 301-610-0010 |
| and Cross-Defendant | |
| Meltech Corporation, Inc. | Attorneys for Plaintiff |
| | Hungerford Brothers Excavating, Inc. |

| | |
|---|---|
| **CAINE & WYROUGH, P.C.** | **MILLER, MILLER & CANBY** |
| By: s/ RRPW | By: s/ MSE |
|     Richard R. Page Wyrough, Esq. |     Maury S. Epner, Esq. |
|     D.C. Bar # 02821 |     D.C. Bar # 359253 |
|     Sloane R. Franklin, Esq. |     200-B Monroe Street |
|     D.C. Bar # 14283 |     Rockville, Maryland 20850 |
|     15051 Marlboro Pike |     301-762-5212 |
|     Upper Marlboro, Maryland 20772 | |
|     301-627-4600 |     Attorneys for Defendant and Cross-Plaintiff |
| |     O'Leary Asphalt, Inc. |
|     Attorneys for Defendant | |
|     Liberty Mutual Insurance Company | |