UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA F/U/B HUNGERFORD BROTHERS EXCAVATING, INC. ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>MELTECH CORPORATION, INC., ET AL.<br><br>Defendants. | CASE NO.: 1:05CV01834<br>DECK TYPE: CONTRACT<br>JUDGE ROSEMARY M. COLLYER |

### ANSWER TO CROSS-CLAIM

The Defendant/Cross-Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter, "Liberty"), by and through counsel, Richard R. Page Wyrough and the law offices of Cain & Wyrough, P.C., and in answer to Defendant/Cross-Plaintiff O'Leary Asphalt, Inc.'s Cross-Claim, states as follows:

#### FIRST DEFENSE

The Cross-Claim fails to state a cause of action on which relief may be granted.

#### SECOND DEFENSE

The Cross-Plaintiff failed to satisfy the conditions precedent to maintain the instant action.

#### THIRD DEFENSE

The Cross-Plaintiff's claim is barred by its own breaches of the contract.

#### FOURTH DEFENSE

The Cross-Plaintiff's claim is barred by the doctrine of waiver.

#### FIFTH DEFENSE

The Cross-Plaintiff's claim is barred by the doctrine of accord and satisfaction.

#### SIXTH DEFENSE

The Cross-Plaintiff's claim is barred, in whole or in part, by the doctrine of release.

#### SEVENTH DEFENSE

The Cross-Defendant reserves the right to supplement these defenses as discovery uncovers

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

other potential defenses.

## EIGHTH DEFENSE

The Cross-Plaintiff fails to state a factual or legal basis upon which the claim for costs can be granted.

## NINTH DEFENSE

Answering each of the numbered paragraphs of the Cross-Claim, the Cross-Defendant, Liberty Mutual Insurance Company, state as follows:

21.     Cross-Defendant incorporates its responses to Paragraphs 1 through 3 of the Hungerford Complaint as if fully restated herein as Paragraph 21.

22.     Jurisdiction is a question for the Court to decide, but if an answer is required, Liberty denies the allegations or Paragraph 22 and demands strict proof thereof.

23.     Upon information and belief, Liberty admits that Meltech entered into a Contract with O'Leary, but states that the best evidence of the terms and conditions of the Contract is the document itself and denies any allegations in Paragraph 23 that are inconsistent therewith.

24.     For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 24 and therefore denies same and demands strict proof thereof.

25.     For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 25 and therefore denies same and demands strict proof thereof.

26.     For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 26 and therefore denies same and demands strict proof thereof.

27.     For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 27 and therefore denies same and demands strict proof thereof.

28.     Cross-Defendant incorporates its responses to Paragraphs 21 through 27 as if fully restated herein as Paragraph 28.

29.     Liberty admits the allegations in Paragraph 29, but states that the best evidence of the terms and conditions of the Bond is the document itself and denies any allegations in Paragraph 29 that are inconsistent therewith.

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

.

    30.    For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 30 and therefore denies same and demands strict proof thereof.

    31.    For lack of information and belief, Liberty cannot admit or deny the allegations of Paragraph 31 and therefore denies same and demands strict proof thereof.

    32.    Paragraphs 32 through 36 do not pertain to this Defendant, therefore, no answer is needed.

WHEREFORE, Liberty Mutual Insurance Company submits that the Cross-Claim should be dismissed with prejudice and that it be awarded its costs.

Respectfully submitted,

CAIN & WYROUGH, P.C.

/s/
_____
RICHARD R. PAGE WYROUGH, #02821
SLOANE R. FRANKLIN, #14283
15051 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-4600

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2005, a copy of the foregoing was electronically filed in this case and was electronically mailed to:

>Donald H. Spence, Jr., Esquire
>GREENBURG, SPENCE & TAYLOR
>51 Monroe Place, Suite 707
>Rockville, MD 20850
>
>Maury S. Epner, Esquire
>200-B Monroe Street
>Rockville, MD 20850
>
>Leonard A. Sacks, Esquire
>LEONARD A. SACKS & ASSOCIATES, P.C.
>Once Church Street, Suite 303
>Rockville, MD 20850

>/s/
>RICHARD R. PAGE WYROUGH

M:\Docs\RPW\Hungerford - Meltech\Answer.Cross.Claim.wpd

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716