IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC., *et. al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> MELTECH CORPORATION, INC., *et. al.,* <br><br> *Defendants.* | Case Number: 1:05CV01834 <br> Judge: Rosemary M. Collyer |

### HUNGERFORD BROTHERS EXCAVATING, INC.'S RULE 26(a)(1) DISCLOSURES

Hungerford Brothers Excavating, Inc., by counsel, pursuant to Federal Rule 26(a)(1) hereby provides the following initial disclosures:

I.   Individuals with Discoverable Information.

    A.   Hungerford Brothers Excavating, Inc. ("Hungerford Bros.), 17515 Black Rock Road, Germantown, Maryland 20874, 301-972-1083:
        1.   Mark Hungerford, President.
        2.   Matt Hungerford, Vice-President.
        3.   See Hungerford Bros. Payroll records and Time-Sheets for additional Hungerford Bros. employees on the project.  Such documents are located in Hungerford Bros.'s project file at Hungerford Bros.'s office.  Such documents will be available to Defendant for inspection and copying upon reasonable notice.

    B.   O'Leary Asphalt, Inc., 11 Park Avenue, Gaithersburg, Maryland 20877

        1.   John A. Holdsworth, President.
        2.   Kevin O'Leary
        2.   Charles Parks
        3.   Bruce Mazenko
        4.   Jeff Knott

    C.   Meltech Corporation, Inc., 3321 75th Ave., Suite G, Landover, Maryland 20785, 202-889-8400.
        1.   Stephen Krishak, Operations Manager
        2.   Danielle Lindstrom,
        3.   John Koch, Jr., Division Manager
           Tom Bray, S

    D.   USACE,Baltimore District, 10 South Howard Street, Baltimore, Maryland

21201.

    1.    Lance Oszko, USACE representative.
    2.    Buddy Billington, USACE representative.

    E.    <u>Liberty Mutual Insurance Company</u>, 175 Berkley Street Boston, Massachusetts 21117.

    1.    Michael Shaver, Attorney-in-Fact.
    2.    W. Hoffner.

    F.    <u>Professional Consulting Corporation</u>, 943-A Russel Avenue, Gaithersburg, Maryland 20879, 301-926-8569.

    1.    Juan Lopez, Project Engineer.
    2.    R. J. Poznanski, P.E.

II.    <u>Documents Supporting Plaintiff's Claim</u>.

1.    Subcontract agreement between O'Leary Asphalt, Inc. and Hungerford Bros. dated March 9, 2005.  A copy of the subcontract agreement is attached as Exhibit 1 to the Complaint.

2.    Hungerford Bros.'s Invoices.  A copy of the Invoices are attached to the Complaint as Exhibit 2.

3.    Labor and Material Payment Bond posted by Meltech Corporation, Inc. with Liberty Mutual Insurance Company as surety.  A copy of the payment bond is attached to the Complaint as Exhibit 3.

4.    Notice to Meltech Corporation, Inc. of Hungerford Bros.' intention to pursue Meltech's bond for payment.  A copy of the notice is attached to the Complaint as Exhibit 4.

5.    Notice to Liberty Mutual Insurance Company of Hungerford Bros.' intention to pursue Meltech's bond for payment.  A copy of the notice is attached to the Complaint as Exhibit 5.

6.    Hungerford Bros.'s project files which includes, but is not limited to, project

correspondence, notes, invoices and payment requests. These documents are available through counsel for Hungerford Bros.

III.     Computation of Damages.

Hungerford Bros. contract value, including change orders, totaled $144,576.00. As Hungerford Bros. has fully performed under the contract and has only been paid $88,500.00, Hungerford Bros. has suffered damages in the amount of $56,076.00 plus interest and costs of this action. However, subsequent to the filing of the Complaint, the $8,000 invoice was settled by agreement between the parties and the $13,700 invoice has been paid, thus the current damages suffered by Hungerford Bros. is $34,376.00, plus interest and costs of this action.

IV.     Insurance Agreements.

Labor and Material Payment Bond posted by Meltech Corporation, Inc. with Liberty Mutual Insurance Company as surety, which, is the subject of Count II of Hungerford Bros.'s Complaint. A copy of the payment bond is attached to the Complaint as Exhibit 3.

V.     Expert Testimony.

Mark Hungerford, Matt Hungerford, Juan Lopez, and R. J. Poznanski, P.E. will provide expert testimony on behalf of Hungerford Brothers Excavating, Inc. regarding the performance of the work and the value of the work performed. They will testify that Hungerford Brothers Excavating, Inc. performed its work in accordance with the subcontract agreement and applicable industry standards and that the value claimed by Hungerford Brothers Excavating, Inc. is fair and reasonable for the work performed.

These disclosures are for general purposes only and will be fully supplemented in accordance with Rule 26(b) and the Scheduling Order of this Court.

Hungerford Bros. Construction reserves the right to supplement these disclosures as additional information becomes available through the discovery process.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**


By: S/ MPM
    Donald H. Spence, Jr., Esq.,
    D.C. Bar No. 382567
    Michael P. Marchetti, Esq.,
    D.C. Bar No.473717
    51 Monroe Place, Suite 707
    Rockville, Maryland 20850-2406
    301-610-0010
    301-610-0021 fax

    Attorneys for Hungerford Brothers
    Excavating, Inc.


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Hungerford Brothers Excavating, Inc.'s Rule 26(a)(1) Statement was sent via electronic mail this 24th day of February 2006 to:

| | |
|---|---|
| Leonard A. Sacks, Esq. | Richard R. Page Wyrough, Esq. |
| One Church Street, Suite 303 | Cain & Wyrough |
| Rockville, Maryland 20850 | 15051 Old Marlboro Pike |
| | Upper Marlboro, Maryland 20772 |

Maury S. Epner, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, Maryland 20850

    S/ MPM
    Michael P. Marchetti