IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC., *et. al.*, <br><br> *Plaintiffs,* <br><br> vs. <br><br> MELTECH CORPORATION, INC., *et. al.,* <br><br> *Defendants.* | Case Number: 1:05CV01834 <br> Judge: Rosemary M. Collyer |

## NOTICE OF DISCOVERY

Hungerford Brothers Excavating, Inc., ("Hungerford Bros."), by counsel, hereby certifies that counsel for Meltech Corporation, Inc. was served with Plaintiff's Answers to Meltech Corporation's First Set of Interrogatories and Plaintiff's Response to Meltech Corporation's First Request for Production of Documents, by first class mail, postage prepaid, on the 27th day of February, 2006.  Hungerford Bros. further states that it shall retain the original and make it available for inspection upon the request of any other party.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By: S/ MPM
Donald H. Spence, Jr., Esq.,
D.C. Bar No. 382567
Michael P. Marchetti, Esq.,
D.C. Bar No.473717

        51 Monroe Place, Suite 707
        Rockville, Maryland 20850-2406
        301-610-0010
        301-610-0021 fax

        Attorneys for Hungerford Brothers
        Excavating, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Hungerford Brothers Excavating, Inc.'s Notice of Discovery was sent via electronic mail the 1st day of March 2006 to:

| | |
|---|---|
| Leonard A. Sacks, Esq.<br>One Church Street, Suite 303<br>Rockville, Maryland 20850 | Richard R. Page Wyrough, Esq.<br>Cain & Wyrough<br>15051 Old Marlboro Pike<br>Upper Marlboro, Maryland 20772 |
| Maury S. Epner, Esq.<br>Miller, Miller & Canby<br>200-B Monroe Street<br>Rockville, Maryland 20850 | |

        S/ MPM
        Michael P. Marchetti