UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC. and HUNGERFORD BROTHERS EXCAVATING, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MELTECH CORPORATION, INC., O'LEARY ASPHALT, INC. and LIBERTY MUTUAL INSURANCE COMPANY, <br><br>  Defendants. | Case No. 1:05-CV-01834 RMC <br><br> Deck Type: Contract |
| O'LEARY ASPHALT, INC., <br><br>  Cross-Claim Plaintiff, <br><br> v. <br><br> MELTECH CORPORATION, INC., <br><br>  Cross-Claim Defendant, | |

**DEFENDANT, MELTECH CORPORATION, INC.'S
RULE 26 (a)(1) INITIAL DISCLOSURES**

COMES NOW, the Defendant, Meltech Corporation, Inc. ("Meltech"), by and through its undersigned counsel, and hereby submits its initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**DISCLOSURE (A)**   Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

**RESPONSE**   The following individuals are presently believed by Meltech to likely possess discoverable information relevant to disputed facts alleged with particularity in the pleadings:

1. **Meltech Corporation, Inc.**: 3321 75th Avenue, Suite G, Landover, MD 20785
   (301) 773-3450
   Steve Krishack
   John Koch, Jr.
   Praven Dave
   Tom Bray

2. **Corps of Engineers**: 10 South Howard Street, Baltimore, MD 21201
   Regina Wheeler
   Terri Quick
   Mary Dunn
   Paul Parsoneault, III
   Buddy Billinger
   Lance Oszko

3. **Washington Marina Co.**: R.L. Stikell

4. **Liberty Mutual Insurance**: 175, Berkley Street, Boston, MA 21117
   Michael Shaver
   W. Hoffner

5. **O'Leary Asphalt, Inc.**: 11 Park Avenue, Gaithersburg, MD 20877
   John A. Holdsworth
   Kevin O'Leary
   Charles Parks
   Bruce Manzenko
   Jeff Knott

6. **Hungerford Brothers Exc.**: 17515 Black Rock Road, Germantown, MD
   Mark Hungerford
   Matt Hungerford

Defendant reserves the right to supplement these disclosures if additional individuals become known to it during discovery or otherwise.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

**DISCLOSURE (B)**   Provide a copy of, or description by category and location of, all documents, data, compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**RESPONSE**   The following list of documents represents the documents presently known to Meltech to be relevant to disputed facts alleged with particularity in the pleadings. Meltech reserves the right to supplement these disclosures if additional documents become known to it through discovery proceedings in this action or otherwise.

| **Description by Category** | **Location** |
| --- | --- |
| 1. Correspondence between Meltech and O'Leary | Meltech Corporation, Inc.<br>3321 75th Avenue, Suite G<br>Landover, MD 20785 |
| 2. Claim submission from Meltech of O'Leary's claims to the Government | Same |
| 3. Plans and specifications | Same |
| 4. Payments from the Government to Meltech | Same |
| 5. Government responses to O'Leary's claims | Same |

**DISCLOSURE (C)**   Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which the computation is based, including materials bearing on the nature and extent of injuries suffered.

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

**RESPONSE**   The Defendant is involved in this action because it acted as the general contractor. Defendant is not claiming any other affirmative damages in this matter, but reserves the rights to claim costs, expenses and/or attorneys fees incurred in this action.

**DISCLOSURE (D)**   Provide for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**   A copy of the Miller Act payment bond has been provided to the Plaintiff.

Respectfully submitted by,

_____/s/_____
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Meltech Corporation, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of Meltech's foregoing Rule 26(a)(1) Disclosures was sent by electronic mail this 2nd day of March 2006 to:

Donald H. Spence, Jr., Esq.
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850

Richard R. Page Wyrough, Esq.
Cain & Wyrough
15051 Old Marlboro Pike
Upper Marlboro, Maryland 20772

Maury S. Epner, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, Maryland 20850

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

_____/s/_____
Leonard A. Sacks