**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*, : <br><br> : <br> **Plaintiffs** <br> : <br> v. <br> : <br> **MELTECH CORPORATION, INC.,** *et al.*, : <br><br> : <br> **Defendants** <br> : <br> \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* <br> **O'LEARY ASPHALT, INC.,** *et al.*, : <br><br> **Cross-plaintiffs** : <br><br> v. : <br><br> **MELTECH CORPORATION, INC.,** *et al.*, : <br><br> : <br> **Cross-defendants** | <br><br><br><br><br><br><br><br><br><br><br><br>**CASE NO. 1:05CV01834** |

…ooOoo…

### O'LEARY ASPHALT, INC.'s RULE 26(a)(1) DISCLOSURES

The defendant and cross-plaintiff, O'Leary Asphalt, Inc., through undersigned counsel, respectfully submits the following initial disclosures in accordance with FRCivP 26(a)(1).

**A.   Persons Having Discoverable Information**

1. **Meltech Corporation, Inc.:**   3321 75th Avenue, Suite G, Landover, MD 20785
(301) 773-3450
Steve Krishack
John Koch, Jr.
Praven Dave
Tom Bray
Joan Pettit-Krishack

2.  **U.S. Army Corps of Engineers:** 10 South Howard Street, Baltimore, MD 21201
    Regina Wheeler
    Terri Quick
    Mary Dunn
    Paul Parsoneault III
    Buddy Billinger
    Lance Oszko

3.  **Washington Marina Co.:** R.L. Stikell

4.  **Liberty Mutual Insurance:** 175, Berkley Street, Boston, MA 21117
    Michael Shave
    W. Hoffner

5.  **O'Leary Asphalt, Inc.:** 11 Park Avenue, Gaithersburg, MD, 20877
    John A. Holdsworth
    Kevin O'Leary
    Charles Parks
    Bruce Manzenko
    Jeff Knott

6.  **Hungerford Brothers Exc.:** 17515 Black Rock Road, Germantown, MD
    Mark Hungerford
    Matt Hungerford

7.  **W. M. Schlosser Company Inc**.: 2400 51st Place, Hyattsville, MD. 20781
    Andrew Schlosser
    Peter Schlosser

8.  **aba Architects:** 3600 Clipper Mill Road, Suite 300, Baltimore, MD. 21211
    F, M, Fox

9.  **Liberty Mutual Surety:** 450 Plymouth Road, Suite 400, Plymouth Meeting, PA. 19462
    Jennett Giesen
    Cissie Scoggin
    Dave Finkelstein

B.      **Documents Supporting Claims or Defenses**

In addition to any documents cited by any other party to this litigation, as to any of which O'Leary reserves the right to introduce at trial, O'Leary submits the following list of documents supporting its claims or defenses in this litigation:

1. Correspondence between O'Leary Asphalt Inc. and Meltech

2. Claims from O'Leary to Meltech

3. Plans and specifications provided by Meltech

4. Payments to O'Leary Subcontractors on Meltech project

All the foregoing are located at :     O'Leary Asphalt Inc.
                                        9629 Doctor Perry Road
                                        Ijamsville Md. 21754.

**C.**     **Computation of Damages**

Balance due O'Leary Asphalt Inc. from Meltech for work performed by O'Leary at Waterfront project:   $214,475.48.

**D.**     **Insurance Agreements**

Labor and Material Payment Bond posted by Meltech, as to which Liberty Mutual is the surety.

O'Leary reserves the right to supplement these disclosures as and to the extent such additional information becomes available.

Respectfully submitted,

MILLER, MILLER & CANBY

_____/s/_____
Maury S. Epner, DC Bar No. 359253
200-B Monroe Street
Rockville, MD 20850
(301) 762-5212
(301) 762-6044 (Fax)

*Attorneys for the defendant and cross-plaintiff,*
*O'Leary Asphalt, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2006, a copy of the foregoing was served electronically upon:

Donald H. Spence, Esq.
Michael P. Marchetti, Esq.
Greenburg, Spence & Taylor
51 Monroe Place, #707
Rockville, MD 20850

Leonard A. Sacks, Esq.
One Church Street, Suite 303
Rockville, Maryland 20850

Richard R. Page Wyrough, Esq.
Sloane R. Franklin, Esq.
15051 Marlboro Pike
Upper Marlboro, Maryland 20772

                                              /s/_____
                                             Maury S. Epner