UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b HUNGERFORD BROTHERS EXCAVATING, INC. and HUNGERFORD BROTHERS EXCAVATING, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>MELTECH CORPORATION, INC., O'LEARY ASPHALT, INC. and LIBERTY MUTUAL INSURANCE COMPANY, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| O'LEARY ASPHALT, INC., <br><br>    Cross-Claim Plaintiff, <br><br>v. <br><br>MELTECH CORPORATION, INC., <br><br>    Cross-Claim Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:05-CV-01834 RMC

Deck Type: Contract

**MELTECH CORPORATION'S**
**EXPERT DESIGNATION**

    COMES NOW the Defendant/Cross-Claim Defendant, Meltech Corporation, Inc. ("Meltech"), by and through its undersigned counsel, and designates its expert, who will testify on its behalf at the trial in this action.

    The following individual is expected to be called to testify as an expert witness for Meltech Corporation, Inc. in the area of Cost Estimating:

**Thomas L. Martin, P.E.**
Revay & Associates, USA, Ltd.
18552 Office Park Drive
Gaithersburg, Maryland 20886

Law Offices
LEONARD A. SACKS & ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

Meltech reserves the right to supplement this disclosure if additional individuals become known to it during discovery or otherwise.

Mr. Martin has not yet prepared a written report on the claims of Hungerford Brothers Excavating, Inc. Meltech will supplement this disclosure after completion of discovery directed to the parties and subcontractors or clients and after receipt of the final statement of claims and cost documentation.

Respectfully submitted by,

_/s/_____
Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

*Counsel for Meltech Corporation, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Meltech's foregoing Expert Designation was sent by electronic mail this 17th day of April 2006 to:

Donald H. Spence, Jr., Esq.
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850

Richard R. Page Wyrough, Esq.
Cain & Wyrough
15051 Old Marlboro Pike
Upper Marlboro, Maryland 20772

Maury S. Epner, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, Maryland 20850

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

_/s/_____
Leonard A. Sacks