IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*,  *Plaintiffs*  v.  **MELTECH CORPORATION, INC.**, *et al.*,  *Defendants* | |
| **O'LEARY ASPHALT, INC.**, *et al.*,  *Cross-plaintiffs*  v.  **MELTECH CORPORATION, INC.**, *et al.*,  *Cross-defendants* | CASE NO.: 1:05CV01834  JUDGE: Rosemary M. Collyer  DECK STAMP: Contract |

### HUNGERFORD BROTHERS EXCAVATING, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST O'LEARY ASPHALT, INC.

Hungerford Brothers Excavating, Inc., ("Hungerford Bros."), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for partial summary judgment on Count I of its Complaint against Defendant, O'Leary Asphalt, Inc. ("O'Leary"), and for cause states as follows:

1. Hungerford Bros. was a subcontractor to O'Leary pursuant to a subcontract whereby Hungerford Bros. was to perform certain work for the construction of South West Waterfront Parking Improvements, Washington Marina, located in Washington, D.C. There is no material fact genuinely in dispute that Hungerford Bros. is entitled to at least $16,486.00

1

under the subcontract

    2.    For the above reasons and the reasons stated in Hungerford Bros' memorandum of points and authorities, attached hereto, partial summary judgment for Hungerford Bros. and against O'Leary, in the amount of $16,486.00 is appropriate.

WHEREFORE, the Plaintiff, Hungerford Brothers Excavating, Inc., respectfully requests this Honorable Court to enter partial summary judgment in its favor and against Defendant, O'Leary Asphalt, Inc., in the amount of $16,486.00, and for such other further relief as this Court deems appropriate.

                Respectfully submitted,

                **GREENBURG, SPENCE & TAYLOR, LLC**

                By: S/ MPM
                  Donald H. Spence, Jr., Esq.,
                  D.C. Bar No. 382567
                  Michael P. Marchetti, Esq.,
                  D.C. Bar No.473717
                  51 Monroe Place, Suite 707
                  Rockville, Maryland 20850-2406
                  301-610-0010
                  301-610-0021 fax

                  Attorneys for Hungerford Brothers
                  Excavating, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent via electronic mail the 15th day of June 2006 to:

| | |
|---|---|
| Leonard A. Sacks, Esq.<br>One Church Street, Suite 303<br>Rockville, Maryland 20850 | Richard R. Page Wyrough, Esq.<br>Cain & Wyrough<br>15051 Old Marlboro Pike<br>Upper Marlboro, Maryland 20772 |
| Maury S. Epner, Esq.<br>Miller, Miller & Canby<br>200-B Monroe Street<br>Rockville, Maryland 20850 | |

 S/ MPM
Michael P. Marchetti