IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> **MELTECH CORPORATION, INC.**, *et al.*, <br><br> *Defendants* <br> —————————————————— <br> **O'LEARY ASPHALT, INC.**, *et al.*, <br><br> *Cross-plaintiffs* <br><br> v. <br><br> **MELTECH CORPORATION, INC.**, *et al.*, <br><br> *Cross-defendants* | <br><br><br><br><br><br><br><br><br><br>CASE NO.: 1:05CV01834 <br> JUDGE: Rosemary M. Collyer <br> DECK STAMP: Contract |

### HUNGERFORD BROTHERS EXCAVATING, INC.'S MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Hungerford Brothers Excavating, Inc., ("Hungerford Bros."), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, in support of Hungerford Brothers Excavating, Inc.'s Motion for Partial Summary Judgment against O'Leary Asphalt, Inc. hereby states as follows:

1.  In Count I of Hungerford Bros.' Complaint, Hungerford Bros. alleges that it remains unpaid for certain work it performed under its subcontract with O'Leary Asphalt, Inc. ("O'Leary"), including change order work for the construction of South West Waterfront Parking Improvements, Washington Marina, located in Washington, D.C. (the "Project").

2.  In Paragraphs 9 and 10 of Hungerford Bros.' Complaint, Hungerford Bros. alleges

it was directed to perform, and in fact did perform $42,376.00 in change order work for which it remains unpaid.  Although O'Leary disputes this amount, there is no material fact genuinely in dispute that O'Leary requested, and Hungerford Bros. performed, $16,486.00 in change order work.  See O'Leary's Answer to Hungerford Bros.' Complaint, Paragraph 9 and 10.

     3.     As there is no material fact genuinely in dispute that the amount of $16,486.00 is owed to Hungerford Bros., partial summary judgment in that amount is appropriate.

WHEREFORE, the Plaintiff, Hungerford Brothers Excavating, Inc., respectfully requests this Honorable Court to enter partial summary judgment in its favor and against Defendant, O'Leary Asphalt, Inc., in the amount of $16,486.00, and for such other further relief as this Court deems appropriate.

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**


By: S/ MPM
    Donald H. Spence, Jr., Esq.,
    D.C. Bar No. 382567
    Michael P. Marchetti, Esq.,
    D.C. Bar No.473717
    51 Monroe Place, Suite 707
    Rockville, Maryland 20850-2406
    301-610-0010
    301-610-0021 fax

    Attorneys for Hungerford Brothers
    Excavating, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via electronic mail the 15th day of June 2006 to:

| | |
|---|---|
| Leonard A. Sacks, Esq.<br>One Church Street, Suite 303<br>Rockville, Maryland 20850 | Richard R. Page Wyrough, Esq.<br>Cain & Wyrough<br>15051 Old Marlboro Pike<br>Upper Marlboro, Maryland 20772 |
| Maury S. Epner, Esq.<br>Miller, Miller & Canby<br>200-B Monroe Street<br>Rockville, Maryland 20850 | |

 S/ MPM
Michael P. Marchetti