IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>**MELTECH CORPORATION, INC.**, *et al.*,<br><br>*Defendants* | |
| **O'LEARY ASPHALT, INC.**, *et al.*,<br><br>*Cross-plaintiffs*<br><br>v.<br><br>**MELTECH CORPORATION, INC.**, *et al.*,<br><br>*Cross-defendants* | CASE NO.: 1:05CV01834<br>JUDGE: Rosemary M. Collyer<br>DECK STAMP: Contract |

### ORDER

Upon consideration of the Hungerford Brothers Excavating, Inc.'s Motion for Partial Summary Judgment against O'Leary Asphalt, Inc., and any response thereto, it is this _____ day of _____, 2006, by the U.S. District Court for the District of Columbia

ORDERED, that Hungerford Brothers Excavating, Inc.'s Motion for Partial Summary Judgment against O'Leary Asphalt, Inc. be, and it hereby is, GRANTED; and it is further

ORDERED, that partial summary judgment in favor of Plaintiff, Hungerford Brothers Excavating, Inc., and against Defendant, O'Leary Asphalt, Inc., in the amount of $16,486.00 be, and it hereby is ENTERED.

                                                _____
                                                Rosemary M. Collyer, Judge, U.S. District
                                                Court for the District of Columbia

Copies to:

Donald H. Spence, Jr., Esq.
Michael P. Marchetti, Esq.
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850

Counsel for Hungerford Brothers Excavating, Inc.


Maury S. Epner, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, Maryland 20850

Counsel for O'Leary Asphalt, Inc.


Leonard A. Sacks, Esq.
One Church Street, Suite 303
Rockville, Maryland 20850

Counsel for Meltech Corporation, Inc.


Richard R. Page Wyrough, Esq.
Cain & Wyrough
15051 Old Marlboro Pike
Upper Marlboro, Maryland 20772

Counsel for Liberty Mutual Insurance Company