IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>**MELTECH CORPORATION, INC.**, *et al.*,<br><br>*Defendants*<br>_____<br>**O'LEARY ASPHALT, INC.**, *et al.*,<br><br>*Cross-plaintiffs*<br><br>v.<br><br>**MELTECH CORPORATION, INC.**, *et al.*,<br><br>*Cross-defendants* | CASE NO. 1:05CV01834 |

### NOTICE OF DISCOVERY

Hungerford Brothers Excavating, Inc., ("Hungerford Bros."), by counsel, hereby certifies that counsel for O'Leary Asphalt, Inc. was served with Plaintiff's Answers to O'Leary Asphalt, Inc.'s Interrogatories to Hungerford Brothers Excavating, Inc. and O'Leary Asphalt, Inc.'s Document Requests to Hungerford Brothers Excavating, Inc., via telecopy and by first class mail, postage prepaid, on the 16th day of June, 2006.  Hungerford Bros. further states that it shall retain the original and make it available for inspection upon the request of any other party.

1

Respectfully submitted,

**GREENBURG, SPENCE & TAYLOR, LLC**

By: S/ MPM
    Donald H. Spence, Jr., Esq.,
    D.C. Bar No. 382567
    Michael P. Marchetti, Esq.,
    D.C. Bar No.473717
    51 Monroe Place, Suite 707
    Rockville, Maryland 20850-2406
    301-610-0010
    301-610-0021 fax

Attorneys for Hungerford Brothers Excavating, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Hungerford Brothers Excavating, Inc.'s Notice of Discovery was sent via electronic mail the 16th day of June 2006 to:

Leonard A. Sacks, Esq.
One Church Street, Suite 303
Rockville, Maryland 20850

Richard R. Page Wyrough, Esq.
Cain & Wyrough
15051 Old Marlboro Pike
Upper Marlboro, Maryland 20772

Maury S. Epner, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, Maryland 20850

    S/ MPM
    Michael P. Marchetti