**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*, | : | |
| | : | |
| Plaintiffs | | |
| | : | |
| v. | | |
| | : | |
| **MELTECH CORPORATION, INC.**, *et al.*, | : | |
| | : | |
| Defendants | : | |
| * * * * * * * * * * * * * * * * * * * * * | | **CASE NO. 1:05CV01834** |
| **O'LEARY ASPHALT, INC.**, *et al.*, | : | |
| Cross-Plaintiffs | : | |
| v. | : | |
| **MELTECH CORPORATION, INC.**, *et al.*, | : | |
| | : | |
| Cross-Defendants | | |

…ooOoo…

**CONSENT MOTION OF ALL PARTIES TO
CONTINUANCE OF STATUS CONFERENCE**

The Defendant/Cross-Plaintiff, O'Leary Asphalt, Inc., by and through its counsel, Maury S. Epner and Miller, Miller and Canby, and with the consent of all other counsel, hereby requests a continuance of the status conference scheduled before this Honorable Court on Monday, July 31, 2006 and for reasons states:

1. On or about July 12, 2006, all parties hereto reached a settlement in the above entitled action. In accordance with this settlement, counsel for Plaintiff,

Hungerford, is expected to file a line, dismissing with prejudice all of its claims in this matter.

2.  The settlement between O'Leary and Meltech, however, calls for Meltech to take certain actions within approximately the next three weeks. After Meltech does so, O'Leary will likewise enter a line, dismissing with prejudice all of its claims in this action.

3.  Since settlement has been reached at this time, there is no need for a status conference at this time.

4.  The undersigned has contacted counsel for Hungerford and Meltech and has been authorized by them to represent that they consent to this Motion.

Respectfully submitted,

MILLER, MILLER & CANBY

_____/s/_____
Maury S. Epner, DC Bar No. 359253
200-B Monroe Street
Rockville, MD 20850
(301) 762-5212
(301) 762-6044 (Fax)
*Attorneys for the defendant and cross-plaintiff,*
*O'Leary Asphalt, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2006, a copy of the foregoing was served by means of ECF on:

Donald H. Spence, Esq.
Michael P. Marchetti, Esq.
Greenburg, Spence & Taylor
51 Monroe Place, #707
Rockville, MD 20850

Leonard A. Sacks, Esq.
One Church Street, Suite 303
Rockville, MD 20850

Richard R. Page Wyrough, Esq.
15051 Old Marlboro Pike
Upper Marlboro, MD 20772

                                      ___/s/_____
                                      Maury S. Epner

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*, : | |
| : | |
|     **Plaintiffs** | |
| : | |
|     v. | |
| : | |
| **MELTECH CORPORATION, INC.**, *et al.*, : | |
| : | |
|     **Defendants** : | |
| * * * * * * * * * * * * * * * * * * * * * | **CASE NO. 1:05CV01834** |
| **O'LEARY ASPHALT, INC.**, *et al.*, : | |
|     **Cross-plaintiffs** : | |
|     v. : | |
| **MELTECH CORPORATION, INC.**, *et al.*, : | |
| : | |
|     **Cross-defendants** | |

…ooOoo…

## ORDER

Upon consideration of the Defendant/Cross-Plaintiff's Consent Motion for a Continuance of the Status Conference, it is this _____ day of _____, 2006 by the U.S. District Court for the District of Columbia, hereby

ORDERED, that Defendant/Cross-Plaintiff's Unopposed Motion for a Continuance be and the same hereby is GRANTED; it is further,

ORDERED, that, in the event final lines of dismissal have not previously been entered, the status conference, previously scheduled in this matter for July 31, 2006, shall be rescheduled for _____, 2006 at _____ am/pm.

_____
JUDGE