IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>**MELTECH CORPORATION, INC.**, *et al.*,<br><br>*Defendants*<br><br>**O'LEARY ASPHALT, INC.**, *et al.*,<br><br>*Cross-plaintiffs*<br><br>v.<br><br>**MELTECH CORPORATION, INC.**, *et al.*,<br><br>*Cross-defendants* | CASE NO. 1:05CV01834 |

**STIPULATION OF DISMISSAL**

All of the parties to this action, United States of America f/u/b Hungerford Brothers Excavating, Inc., Hungerford Brothers Excavating, Inc., O'Leary Asphalt, Inc., Meltech Corporation, Inc., and Liberty Mutual Insurance Company, by counsel, hereby stipulate to the dismissal of all claims of The United States of America f/u/b Hungerford Brothers Excavating, Inc. and Hungerford Brothers Excavating, Inc against O'Leary Asphalt, Inc., Meltech Corporation, Inc., and Liberty Mutual Insurance Company in the above referenced action, with prejudice, pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1)(ii). This dismissal is not effective as to any of the cross claims as between the various defendants.

Respectfully Submitted:

| | |
|---|---|
| **LEONARD A. SACKS & ASSOCIATES, P.C.** | **GREENBURG, SPENCE & TAYLOR, LLC** |
| By: S/ LAS | By: S/MPM |
| Leonard A. Sacks, Esq. | Donald H. Spence, Jr., Esq. |
| D.C. Bar # 150268 | D.C. Bar 382567 |
| One Church Street, Suite 303 | Michael P. Marchetti, Esq. |
| Rockville, Maryland 20850 | D.C. Bar No.473717 |
| 301-738-2470 | 51 Monroe Place, Suite 707 |
| | Rockville, Maryland 20850 |
| Attorneys for Defendant | 301-610-0010 |
| and Cross-Defendant | |
| Meltech Corporation, Inc. | Attorneys for Plaintiff |
| | Hungerford Brothers Excavating, Inc. |

| | |
|---|---|
| **CAINE & WYROUGH, P.C.** | **MILLER, MILLER & CANBY** |
| By: S/RRPW | By: S/MSE |
| Richard R. Page Wyrough, Esq. | Maury S. Epner, Esq. |
| D.C. Bar # 02821 | D.C. Bar # 359253 |
| Sloane R. Franklin, Esq. | 200-B Monroe Street |
| D.C. Bar # 14283 | Rockville, Maryland 20850 |
| 15051 Marlboro Pike | 301-762-5212 |
| Upper Marlboro, Maryland 20772 | |
| 301-627-4600 | Attorneys for Defendant and Cross-Plaintiff |
| | O'Leary Asphalt, Inc. |
| Attorneys for Defendant | |
| Liberty Mutual Insurance Company | |