IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*, | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| **MELTECH CORPORATION, INC.**, *et al.*, | : | |
| | : | |
| Defendants | : | |
| * * * * * * * * * * * * * * * * * * * * * * | | CASE NO. 1:05CV01834 |
| **O'LEARY ASPHALT, INC.**, *et al.*, | : | |
| Cross-Plaintiffs | : | |
| v. | : | |
| | : | |
| **MELTECH CORPORATION, INC.**, *et al.*, | : | |
| | : | |
| Cross-Defendants | : | |

…ooOoo…

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii) and (c), the parties in the above-captioned matter hereby stipulate to the dismissal, with prejudice, of all remaining claims in the above captioned matters.

Respectfully submitted,

| | |
|---|---|
| MILLER, MILLER & CANBY | GREENBURG, SPENCE & TAYLOR, LLC |
| | |
| ____/s/_____ | _/s/_____ |
| Maury S. Epner, Esq. | Donald H. Spence, Jr., Esq. |
| DC Bar No. 359253 | DC Bar No. 382567 |
| 200-B Monroe Street | Michael P. Marchetti, Esq. |
| Rockville, MD 20850 | DC Bar No. 473717 |
| (301) 762-5212 | 51 Monroe Pl., #707 |
| *Attorney for the defendant* | Rockville, MD 20850 |
| *and cross-plaintiff,* | 301-610-0010 |
| *O'Leary Asphalt, Inc.* | *Attorneys for Plaintiff* |
| | *Hungerford Brothers Excavating, Inc.* |
| | |
| LEONARD A. SACKS & ASSOCIATES | CAIN & WYROUGH, P.C. |
| | |
| ___/s/_____ | __/s/_____ |
| Leonard A. Sacks | Richard R. Page Wyrough, Esq. |
| DC Bar No. 150268 | DC Bar No. 02821 |
| One Church St., #303 | Sloane R. Franklin, Esq. |
| Rockville, MD 20850 | DC Bar No. 14283 |
| *Attorney for Defendant* | 15051 Marlboro Pike |
| *and Cross-Defendant* | Upper Marlboro, MD 20772 |
| *Meltech Corporation, Inc.* | 301.627.4600 |
| | *Attorneys for Defendant* |
| | *Liberty Mutual Insurance Co.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **HUNGERFORD BROTHERS EXCAVATING, INC.**, *et al.*, : | |
| : | |
| **Plaintiffs** | |
| : | |
| v. | |
| : | |
| **MELTECH CORPORATION, INC.**, *et al.*, : | |
| : | |
| **Defendants** : | |
| * * * * * * * * * * * * * * * * * * * * * * * | **CASE NO. 1:05CV01834** |
| **O'LEARY ASPHALT, INC.**, *et al.*, : | |
| **Cross-plaintiffs** : | |
| v. : | |
| **MELTECH CORPORATION, INC.**, *et al.*, : | |
| : | |
| **Cross-defendants** | |

…ooOoo…

## **ORDER**

Upon consideration of the Stipulation of Dismissal filed herein, it is this _____ day of

_____, 2006 by the U.S. District Court for the District of Columbia, hereby

ORDERED, that all remaining claims in the above-referenced case captioned be and the same are hereby DISMISSED.

_____
JUDGE